Marc E. Kasowitz (mkasowitz@kasowitz.com)
Daniel R. Benson (dbenson@kasowitz.com)
Hector Torres (htorres@kasowitz.com)
Maria Gorecki (mgorecki@kasowitz.com)

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Tel.:   (212) 506-1700
Fax:   (212) 506-1800

Attorneys for Plaintiffs Anderson News, L.L.C.
and Anderson Services, L.L.C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x
ANDERSON NEWS, L.L.C., and                                              :
ANDERSON SERVICES, L.L.C.                                               :
                                                                        :
                        Plaintiffs,                                     :       09 CIV. 2227
                                                                        :
            - against -                                                 :       **NOTICE OF PARTIAL**
                                                                        :       **DISMISSAL**
                                                                        :
AMERICAN MEDIA, INC., BAUER PUBLISHING CO.,                             :
LP., CURTIS CIRCULATION COMPANY,                                        :
DISTRIBUTION SERVICES, INC., HACHETTE                                   :
FILIPACCHI MEDIA, U.S., HUDSON NEWS                                     :
DISTRIBUTORS LLC, KABLE DISTRIBUTION                                    :
SERVICES, INC., THE NEWS GROUP, LP, RODALE,                             :
INC., TIME INC. and TIME/WARNER RETAIL SALES                            :
& MARKETING, INC.,                                                      :
                                                                        :
                        Defendants.                                     :
------------------------------------------------------------------------ x

      PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of

Civil Procedure, plaintiffs Anderson News, L.L.C. and Anderson Services, L.L.C., hereby

dismiss the above-captioned action against defendant The News Group, LP.

Dated: March 12, 2009
       New York, New York

                                Respectfully submitted,

                                KASOWITZ, BENSON, TORRES
                                & FRIEDMAN LLP

                              By: _____
                                Marc E. Kasowitz (mkasowitz@kasowitz.com)
                                Daniel R. Benson (dbenson@kasowitz.com)
                                Hector Torres (htorres@kasowitz.com)
                                Maria Gorecki (mgorecki@kasowitz.com)

                                1633 Broadway
                                New York, New York 10019
                                Tel.: (212) 506-1700
                                Fax: (212) 506-1800

                                Attorneys for Plaintiffs Anderson News, L.L.C.
                                and Anderson Services, L.L.C.


To:     (SEE ATTACHED SERVICE LIST)

## SERVICE LIST

**AMERICAN MEDIA, INC.**
PATRICK E. STINSON
6115 TUSCONY CIRCLE
JACKSONVILLE, FL 32277

**BAUER PUBLISHING CO., LP.**
270 SYLVAN AVENUE
ENGLEWOOD CLIFFS, NEW JERSEY 07632

**CURTIS CIRCULATION CO.**
THE PRENTICE-HALL CORPORATION SYSTEM, INC.
80 STATE STREET
ALBANY, NEW YORK 12207

**DISTRIBUTION SERVICES, INC.**
DISTRIBUTION SERVICES INC.
7707 HENRY CLAY BLVD
LIVERPOOL, NEW YORK 13090

**HACHETTE FILIPACCHI MEDIA U.S., INC.**
1633 BROADWAY, 45th Floor Legal Dept.
NEW YORK, NEW YORK 10019

**HUDSON NEWS DISTRIBUTORS LLC**
1305 PATERSON PLANK ROAD
NORTH BERGEN, NJ 07047-1851

**KABLE DISTRIBUTION SERVICES, INC.**
NATIONAL CORPORATE RESEARCH, LTD.
10 E. 40TH STREET
10TH FLOOR
NEW YORK, NEW YORK 10016

**THE NEWS GROUP, LP.**
200 TECHNOLOGY COURT, S.W.
SMYRNA, GEORGIA 30082

**RODALE, INC.**
733 THIRD AVENUE
8TH FLOOR
NEW YORK, NEW YORK 10017-3204

**TIME INC.**
LEGAL DEPARTMENT
1271 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10020

**TIME/WARNER RETAIL SALES & MARKETING, INC.**
LEGAL DEPARTMENT
1271 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10020

## **CERTIFICATE OF SERVICE**

      MICHAEL E. FRIEDMAN, an attorney admitted to practice before this Court, hereby certifies under penalty of perjury, that a true copy of the foregoing Notice of Partial Dismissal was served by first-class U.S. Mail on March 12, 2009, upon the parties indicated on the annexed service list.

Dated: March 12, 2009
       New York, New York

_____
Michael E. Friedman (mfriedman@kasowitz.com)

## SERVICE LIST

**AMERICAN MEDIA, INC.**
PATRICK E. STINSON
6115 TUSCONY CIRCLE
JACKSONVILLE, FL 32277

**BAUER PUBLISHING CO., LP.**
270 SYLVAN AVENUE
ENGLEWOOD CLIFFS, NEW JERSEY 07632

**CURTIS CIRCULATION CO.**
THE PRENTICE-HALL CORPORATION SYSTEM, INC.
80 STATE STREET
ALBANY, NEW YORK 12207

**DISTRIBUTION SERVICES, INC.**
DISTRIBUTION SERVICES INC.
7707 HENRY CLAY BLVD
LIVERPOOL, NEW YORK 13090

**HACHETTE FILIPACCHI MEDIA U.S., INC.**
1633 BROADWAY, 45th Floor Legal Dept.
NEW YORK, NEW YORK 10019

**HUDSON NEWS DISTRIBUTORS LLC**
1305 PATERSON PLANK ROAD
NORTH BERGEN, NJ  07047-1851

**KABLE DISTRIBUTION SERVICES, INC.**
NATIONAL CORPORATE RESEARCH, LTD.
10 E. 40TH STREET
10TH FLOOR
NEW YORK, NEW YORK 10016

**THE NEWS GROUP, LP.**
200 TECHNOLOGY COURT, S.W.
SMYRNA, GEORGIA  30082

**RODALE, INC.**
733 THIRD AVENUE
8TH FLOOR
NEW YORK, NEW YORK 10017-3204

**TIME INC.**
LEGAL DEPARTMENT
1271 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10020

**TIME/WARNER RETAIL SALES & MARKETING, INC.**
LEGAL DEPARTMENT
1271 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10020