PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, NY  10036-4039
(212) 858-1000
David G. Keyko
Eric Fishman
Ryan G. Kriger
Jay D. Dealy

Attorneys for Defendants
American Media, Inc. and
Distribution Services, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDERSON NEWS, L.L.C. and ANDERSON SEVICES, L.L.C.,<br><br>                                  Plaintiffs,<br><br>    - against -<br><br>AMERICAN MEDIA, INC., BAUER PUBLISHING CO., LP., CURTIS CIRCULATION COMPANY, DISTRIBUTION SERVICES, INC., HACHETTE FILIPACCHI MEDIA U.S., INC., HUDSON NEWS DISTRIBUTORS LLC, KABLE DISTRIBUTION SERVICES, INC., THE NEWS GROUP, LP., RODALE, INC., TIME INC., and TIME/WARNER RETAIL SALES & MARKETING, INC.,<br><br>                                  Defendants. | 09-CIV-2227 (PAC)<br><br>**NOTICE OF MOTION TO DISQUALIFY KASOWITZ, BENSON, TORRES & <u>FRIEDMAN LLP</u>** |

   PLEASE TAKE NOTICE that upon the annexed Memorandum of Law and Affirmation of David G. Keyko, dated April 17, 2009, Defendants American Media, Inc. and Distribution Services, Inc. (together, "AMI"), by their counsel, Pillsbury Winthrop Shaw Pittman LLP; Bauer Publishing Co., LP, by its counsel Troutman Sanders LLP; Curtis Circulation Co., by its counsel Dechert LLP; Hachette Filipacchi Media U.S., Inc., by its counsel Jones Day; Hudson News

Distributors LLC, by its counsel Gibson, Dunn & Crutcher LLP; and Rodale, Inc., by its counsel Winston & Strawn LLP, will move this Court at the United States Court House, 500 Pearl Street, New York, New York, for an Order disqualifying Kasowitz, Benson, Torres, & Friedman LLP from representing Plaintiffs in this action.

  PLEASE TAKE FURTHER NOTICE that, pursuant to the scheduling order dated April 6, 2009, opposition papers are to be served on or before Monday, May 11, 2009, and reply papers, if any, are to be served on or before Thursday, May 21, 2009.

Dated: April 17, 2009
    New York, New York

        PILLSBURY WINTHROP SHAW PITTMAN LLP

        By: */s/ David G. Keyko*
           David G. Keyko
           Eric Fishman
           Ryan G. Kriger
           Jay Dealy
           1540 Broadway
           New York, NY  10036-4039
           (212) 858-1000

        *Attorneys for Defendants American Media, Inc. and Distribution Services, Inc.*

        DECHERT LLP
        As To Non-Redacted Sections

        By: */s/ Joseph F. Donley*
           Joseph F. Donley
           1095 Avenue of the Americas
           New York, NY 10036
           (212) 649-8724

        *Attorneys for Defendant Curtis Circulation Co.*

WINSTON & STRAWN LLP
As To Non-Redacted Sections


By:   */s/ John M. Hadlock*
      John M. Hadlock
      200 Park Avenue
      New York, NY  10166-4193
      (212) 294-6700

*Attorneys for Defendant Rodale, Inc.*

GIBSON, DUNN & CRUTCHER LLP
As To Non-Redacted Sections


By:   */s/ Jarrett D. Arp*
      Jarrett D. Arp
      Cynthia E. Richman
      200 Park Avenue
      New York, NY  10166-0193
      (212) 351-4000

*Attorneys for Defendant Hudson News Distributors LLC*

TROUTMAN SANDERS LLP
As To Non-Redacted Sections


By:   */s/ Stephen G. Rinehart*
      Stephen G. Rinehart
      The Chrysler Building
      405 Lexington Avenue
      New York, New York 10174
      (212) 704-6305

*Attorneys for Defendant Bauer Publishing Co., L.P.*

JONES DAY
As To Non-Redacted Sections


By:   */s/ Meir Feder*
     Meir Feder
     Jones Day
     222 East 41st St.
     New York, NY  10017
     (212) 326-7870

*Attorneys for Defendant Hachette Filipacchi Media U.S., Inc.*