USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 19 MAY 2009

KASOWITZ, BENSON, TORRES & FRIEDMAN

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

DANIEL R. BENSON
212-506-1720

ATLANTA
HOUSTON
NEWARK
SAN FRANCISCO

May 12, 2009

**BY HAND AND EMAIL (CrottyNYSDChambers@nysd.uscourts.gov)**

Hon Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

SO ORDERED: 19 MAY 2009

/s/ Paul A. Crotty
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Re:   *Anderson News, L.L.C., et al. v. American Media, Inc., et al.*, No. 09 Civ. 2227 (PAC)

Dear Judge Crotty:

We represent plaintiffs Anderson News, L.L.C. and Anderson Services, L.L.C. (together, "Anderson") in the above action. Enclosed please find two corrected copies of a redacted version of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Disqualify Kasowitz, Benson, Torres & Friedman, LLP (the "Memorandum"), which was filed and served yesterday. Corrections relate exclusively to the table of contents, table of authorities, several typographical errors, and a misplaced sentence in footnote 11. We have also discovered that, in the redacted version filed and served yesterday, we inadvertently failed to redact a portion of the Memorandum containing confidential information. We have communicated with the Clerk of the Court who has informed us that a hold has been placed on the electronically-filed redacted memorandum (Docket Number 46). We respectfully request that you instruct the Clerk to remove the memorandum from the Court's electronic case filing ("ECF") system.

We are also enclosing an unredacted and corrected copy of the Memorandum, for which we respectfully request permission to file under seal. We regret any inconvenience this may have caused.

Respectfully,

Daniel R. Benson

cc:   Counsel for Defendants (via e-mail)