Marc E. Kasowitz (mkasowitz@kasowitz.com)
Daniel R. Benson (dbenson@kasowitz.com)
Hector Torres (htorres@kasowitz.com)
Maria Gorecki (mgorecki@kasowitz.com)

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Tel.:   (212) 506-1700
Fax.:  (212) 506-1800

*Attorneys for Plaintiff Anderson News, L.L.C.*

    - and -

Thomas P. Lynch (tlynch@lynchrowin.com)

LYNCH ROWIN LLP
630 Third Avenue
New York, New York 10017
Tel:   (212) 682-4001
Fax:  (212) 682-4003

*Attorneys for Plaintiff Anderson Services, L.L.C.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

ANDERSON NEWS, L.L.C., and
ANDERSON SERVICES, L.L.C.,

            Plaintiffs,

    - against -

AMERICAN MEDIA, INC., BAUER PUBLISHING CO.,
LP., CURTIS CIRCULATION COMPANY,
DISTRIBUTION SERVICES, INC., HACHETTE
FILIPACCHI MEDIA, U.S., HUDSON NEWS
DISTRIBUTORS LLC, KABLE DISTRIBUTION
SERVICES, INC., THE NEWS GROUP, LP, RODALE,
INC., TIME INC. and TIME/WARNER RETAIL SALES
& MARKETING, INC.,

            Defendants.

------------------------------------------------------------------------ x

09 CIV. 2227 (PAC)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law and exhibits thereto, plaintiffs Anderson News, L.L.C. and Anderson Services, L.L.C., by their attorneys Kasowitz, Benson, Torres & Friedman LLP and Lynch Rowin LLP, will move this Court before the Honorable Paul A. Crotty, United States District Court Judge, United States District Court, Southern District of New York, United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order, pursuant to Fed. R. Civ. P. 59(e) and Local Rule 6.3, for reconsideration of this Court's August 2, 2010 Opinion and Order (the "Opinion" or "Op."), granting defendants' motions to dismiss and denying leave to amend the complaint (the "Complaint") and for an order (a) vacating the August 2, 2010 judgment and (b) denying the motions to dismiss or, at a minimum, granting Anderson leave to file its proposed amended complaint;

**PLEASE TAKE FURTHER NOTICE** that papers in opposition to this motion, if any, shall be served, pursuant to Local Civil Rule 6.1(b), within fourteen (14) days of service of the moving papers for this motion; and

**PLEASE TAKE FURTHER NOTICE** that reply papers, if any, shall be served, pursuant to Local Civil Rule 6.1(b), within seven (7) days of service of the opposition papers.

Dated: August 16, 2010
      New York, New York

                             Respectfully Submitted,

                             KASOWITZ, BENSON, TORRES
                                & FRIEDMAN LLP

                             By: _____
                                Marc E. Kasowitz (mkasowitz@kasowitz.com)

                             1633 Broadway
                             New York, New York 10019
                             Tel.:(212) 506-1700
                             Fax:(212) 506-1800

                             *Attorneys for Plaintiff Anderson News, L.L.C.*

                             - and -

                             LYNCH ROWIN LLP

                             By: _____
                                Thomas P. Lynch (tlynch@lynchrowin.com)

                             630 Third Avenue
                             New York, New York 10017
                             Tel: (212) 682-4001
                             Fax:(212) 682-4003

                             *Attorneys for Plaintiff Anderson Services, L.L.C.*

TO:

David G. Keyko
PILLSBURY WINTHROP SHAW
PITTMAN LLP
1540 Broadway
New York, NY 10036-4039
T: (212) 858-1604
F: (212) 858-1500
david.keyko@pillsburylaw.com

*Counsel for defendants
American Media, Inc. and
Distribution Services, Inc.*

Barry J. Brett
TROUTMAN SANDERS
405 Lexington Avenue
New York, NY 10174-0700
T: (212) 704-6216
F: (212) 704-6288
barry.brett@troutmansanders.com

*Counsel for defendant
Bauer Publishing Co., L.P.*

Joseph F. Donley
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036-6797
T: (212) 649-8724
F: (212) 698-3599
joseph.donley@dechert.com

*Counsel for defendant Curtis Circulation
Company*

Meir Feder
JONES DAY
222 East 41st Street
New York, NY 10017
T: (212) 326-7870
F: (212) 755-7306
mfeder@jonesday.com

*Counsel for defendant
Hachette Filipacchi Media, U.S.*

D. Jarrett Arp
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
T: (202) 955-8678
F: (202) 530-9527
jarp@gibsondunn.com

*Counsel for defendant
Hudson News Distributors LLC*

John M. Hadlock
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
T: (212) 294-6700
F: (212) 294-4700
jhadlock@winston.com

*Counsel for defendant
Rodale, Inc.*

| | |
|---|---|
| I. Michael Bayda<br>MCELROY, DEUTSCH, MULVANEY &<br>  CARPENTER, LLP<br>88 Pine Street<br>New York, NY 10005<br>T: (212) 483-9490<br>F: (212) 483-9129<br>jkatz@mdmc-law.com<br><br>*Counsel for defendant*<br>*Kable Distribution Services, Inc.* | Rowan D. Wilson<br>CRAVATH, SWAINE & MOORE LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019-7475<br>T: (212) 474-1348<br>F: (212) 474-3700<br>rwilson@cravath.com<br><br>*Counsel for defendants*<br>*Time/Warner Retail Sales & Marketing,*<br>*Inc. and Time Inc.* |