**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---

ANDERSON NEWS, L.L.C. and LLOYD
WHITAKER, as the Assignee under an Assignment
for the Benefit of Creditors for Anderson Services,
L.L.C.

Plaintiffs,

-against-

AMERICAN MEDIA, INC., BAUER PUBLISHING
CO., LP., CURTIS CIRCULATION COMPANY,
DISTRIBUTION SERVICES, INC., HACHETTE
FILIPACCHI MEDIA, U.S. HUDSON NEWS
DISTRIBUTORS LLC, KABLE DISTRIBUTION
SERVICES, INC., RODALE, INC., TIME INC. and
TIME/WARNER RETAIL SALES &
MARKETING, INC.,

Defendants.

09 CIV. 2227 (PAC)
ECF CASE

**NOTICE OF MOTION**

ORAL ARGUMENT REQUESTED

---

PLEASE TAKE NOTICE that, upon the Amended Complaint; the Declaration of

Rowan D. Wilson, executed on November 1, 2012, with exhibits annexed thereto; the

Declaration of David G. Keyko, executed on October 23, 2012, with exhibits annexed thereto;

the Affidavit of Michael Cvrlje, sworn to October 28, 2012; the Declaration of Dennis F. Porti,

executed on September 26, 2012; the Affidavit of Michael Porche, sworn to September 30, 2012;

the Affidavit of John Rafferty, sworn to September 18, 2010; the Affidavit of Ronald Clark,

sworn to October 26, 2012; the Affidavit of James Cohen, sworn to September 14, 2012; and the

Memorandum of Law in Support of Defendants' Motion for Rule 11 Sanctions, and upon all

other papers and prior proceedings herein, Defendants American Media, Inc., Bauer Publishing

Co., L.P., Curtis Circulation Co., Distribution Services, Inc., Hearst Communications, Inc.,

Hudson News Distributors LLC, Kable Distribution Services, Inc., Rodale, Inc., Time Inc.,

Time/Warner Retail Sales & Marketing, Inc., hereby move this Court, Hon. Paul A. Crotty, District Judge at the United States Courthouse, 500 Pearl Street, Courtroom 20-C, New York, New York, for an order pursuant to Rule 11 of the Federal Rules of Civil Procedure, awarding sanctions, striking the allegations of paragraph 63 of the Amended Complaint, awarding attorney's fees and costs incurred as a result of violations of Rule 11, and granting such other and further relief as the Court deems just and proper.

The grounds for this motion are that plaintiffs and their counsel have no objectively reasonable factual basis for alleging: that the meeting alleged in paragraph 63 of the Amended Complaint took place on or about January 29, 2009; that the group of individuals named in paragraph 63 of the Amended Complaint met at Hudson's offices or elsewhere;  or that any representatives of the defendants named in paragraph 63 of the Amended Complaint met at Hudson's offices ore elsewhere during the period from January 12, 2009, to February 3, 2009. The meeting alleged in paragraph 63 of the Amended Complaint is a sheer fabrication. Defendants' motion is also based on the ground that defendants have, over the past several years, advised plaintiffs of the falsity of the facts alleged in that paragraph and have provided evidence to demonstrate the falsity of those allegations, all of which plaintiffs have ignored.  Additionally,

plaintiffs have refused to identify any basis in fact to justify the continued assertion of those allegations and have thereby caused unnecessary delay and needlessly increased the cost of this litigation.

November 5, 2012

CRAVATH, SWAINE & MOORE LLP,

By

/s/ Rowan D. Wilson
Rowan D. Wilson
Heather C. Cannady

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7474
(212) 474-1000
rwilson@cravath.com
hcannady@cravath.com

*Counsel for Defendants Time Inc. and Time/Warner Retail Sales & Marketing, Inc.*

GIBSON, DUNN & CRUTCHER LLP,

By

D. Jarrett Arp /with permission
D. Jarrett Arp
Cynthia E. Richman
Melanie L. Katsur

1050 Connecticut Avenue, NW
Washington, DC 20036
(202) 955-8500
jarp@gibsondunn.com
crichman@gibsondunn.com
mkatsur@gibsondunn.com

*Counsel for Hudson News Distributors, LLC*

-3-

TROUTMAN SANDERS LLP,

By   _Barry J. Brett_ / with permission
Barry J. Brett
Daniel N. Anziska

405 Lexington Avenue
New York, NY 10174
(212) 704-6000
barry.brett@troutmansanders.com
daniel.anziska@troutmansanders.com

*Attorneys for defendant Bauer Publishing Co. LP*

JONES DAY,

By   _Meir Feder_ / with permission
Meir Feder

222 East 41st Street
New York, NY 10017
(212) 326-3939
mfeder@jonesday.com

*Attorneys for Defendant Hearst Communications, Inc.*

ROSENBERG & ESTIS, P.C.,

By ___*John M. Hadlock* / with permission___
           John M. Hadlock

    733 Third Avenue
      New York, NY 10017
        (212) 867-8484
        jhadlock@rosenbergestis.com

    *Attorneys for Defendant Rodale, Inc.*


PILLSBURY WINTHROP SHAW PITTMAN
LLP,

By ___*David G. Keyko* / with permission___
         David G. Keyko

    1540 Broadway
      New York, NY 10036-4039
        (212) 858-1000
        david.keyko@pillsburylaw.com

    *Attorneys for Defendants American Media,*
    *Inc. and Distribution Services, Inc.*

DECHERT LLP,

By _George G. Gordon_ / with permission

George G. Gordon
Joseph F. Donley
Jennings F. Durand

1095 Avenue of the Americas
New York, NY 10036
(212) 649-8724
joseph.donley@dechert.com

Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-4000
george.gordon@dechert.com
jennings.durand@dechert.com

*Attorneys for Defendant Curtis Circulation Company.*

MCELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP,

By _I. Michael Bayda_ / with permission

I. Michael Bayda
Jay A. Katz

Wall Street Plaza
88 Pine Street, 24th Floor
New York, NY 10005
(212) 858-9490
ibayda@mdmc-law.com
mkatz@mdmc-law.com

*Attorneys for Defendant Kable Distribution Services, Inc.*

-6-

TO:

Marc E. Kasowitz, Esq.
Daniel R. Benson, Esq.
Hector Torres, Esq.
Maria Gorecki, Esq.
    Kasowitz, Benson,Torres & Friedman LLP
        1633 Broadway
            New York, New York  10019

*Counsel for Plaintiff Anderson News, L.L.C.*


Thomas P. Lynch, Esq.
    Lynch Rowin LLP
        630 Third Avenue
            New York, New York 10017

*Counsel for Plaintiff Lloyd Whitaker*