UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDERSON NEWS, L.L.C., and LLOYD WHITAKER, as the Assignee under an Assignment for the Benefit of Creditors for Anderson Services, L.L.C.,<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>　　　　　vs.<br><br>AMERICAN MEDIA, INC., *et al.*,<br><br>　　　　　　　　　　　　　Defendants. | **ECF CASE**<br><br>09 Civ. 2227 (PAC) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Andrew Lachow, Vice President and Deputy General Counsel for Time Inc., admitted to the Bar of this Court, hereby enters his appearance as counsel for Defendants Time Inc. and Time/Warner Retail Sales & Marketing, Inc. in the above-captioned action.

Dated:  October 11, 2013

　　　　　　　　　　　　　　　　　　　TIME INC. OFFICE OF GENERAL COUNSEL,

　　　　　　　　　　　　　　　　　　　by
　　　　　　　　　　　　　　　　　　　　　　s/ Andrew B. Lachow
　　　　　　　　　　　　　　　　　　　　　　Andrew B. Lachow

　　　　　　　　　　　　　　　　　　　1271 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　New York, NY  10020
　　　　　　　　　　　　　　　　　　　　　　(212) 522-8307
　　　　　　　　　　　　　　　　　　　　　　andrew_lachow@timeinc.com

　　　　　　　　　　　　　　　　　　　*Attorney for Defendants Time Inc. and Time/Warner Retail Sales & Marketing, Inc.*