UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------------------------------------x
ANDERSON NEWS, L.L.C., and LLOYD WHITAKER, as the :
Assignee under an Assignment for the Benefit of Creditors for :
Anderson Services, L.L.C., :
: No. 09 Civ. 2227 (PAC)
Plaintiffs, :
:
- against - :
:
AMERICAN MEDIA, INC., BAUER PUBLISHING CO., LP., :
CURTIS CIRCULATION COMPANY, DISTRIBUTION :
SERVICES, INC., HACHETTE FILIPACCHI MEDIA U.S., :
HEARST COMMUNICATIONS, INC., HUDSON NEWS :
DISTRIBUTORS LLC, KABLE DISTRIBUTION SERVICES, :
INC., RODALE, INC., TIME INC. and TIME/WARNER :
RETAIL SALES & MARKETING, INC., :
:
Defendants. :
------------------------------------------------------------------x

## STIPULATION AND [PROPOSED] ORDER OF PARTIAL DISMISSAL

WHEREAS, the claims and defenses alleged in the above-captioned action by and among Plaintiffs Anderson News, L.L.C. and Lloyd Whitaker, as the Assignee under an Assignment for the Benefit of Creditors for Anderson Services, L.L.C. ("Plaintiffs"), on the one hand, and Defendant Hudson News Distributors L.L.C. ("Hudson"), on the other, have been settled by the parties; it is hereby

STIPULATED, AGREED AND ORDERED by and among the undersigned, that, pursuant to Fed. R. Civ. P. 41, the claims against Hudson are dismissed with prejudice and without costs and/or attorneys' fees, each of Plaintiffs and Hudson bearing their own costs and attorneys' fees.

Dated: December 17, 2013
New York, New York

| | |
|---|---|
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | GIBSON, DUNN & CRUTCHER LLP |
| By: _____ | By: /s/ [signature] _____ |
| Hector Torres<br>Seth Davis<br>Seth Moskowitz<br>1633 Broadway<br>New York, NY 10019<br>Tel.: (212) 506-1700<br>E-mail:  htorres@kasowitz.com<br>            sdavis@kasowitz.com<br>            smoskowitz@kasowitz.com | D. Jarrett Arp<br>Melanie Katsur<br>1050 Connecticut Avenue, NW<br>Washington, DC 20036<br>Tel.: (202) 887-3636<br>E-mail:  jarp@gibsondunn.com<br>            mkatsur@gibsondunn.com |
| *Attorneys for Plaintiff Anderson News L.L.C.* | *Attorneys for Defendant Hudson News Distributors, LLC* |

LYNCH ROWIN LLP

By: _____

Thomas P. Lynch
Jennifer T. Chavez
30 Vesey Street
New York, NY  10007-4202
Tel.: (212) 682-4001
E-mail:  tlynch@lynchrowin.com
            jchavez@lynchrowin.com

*Attorneys for Plaintiff Lloyd Whitaker, as the Assignee under an Assignment for the Benefit of Creditors for Anderson Services, L.L.C.*

SO ORDERED this ___ day of _____, 2013

_____
The Honorable Paul A. Crotty
United States District Judge

Dated: December 17, 2013
New York, New York

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By: _____

Hector Torres
Seth Davis
Seth Moskowitz
1633 Broadway
New York, NY 10019
Tel.: (212) 506-1700
E-mail:  htorres@kasowitz.com
 sdavis@kasowitz.com
 smoskowitz@kasowitz.com

*Attorneys for Plaintiff Anderson News L.L.C.*

LYNCH ROWIN LLP

By: _____

Thomas P. Lynch
Jennifer T. Chavez
30 Vesey Street
New York, NY 10007-4202
Tel.: (212) 682-4001
E-mail:  tlynch@lynchrowin.com
 jchavez@lynchrowin.com

*Attorneys for Plaintiff Lloyd Whitaker, as the Assignee under an Assignment for the Benefit of Creditors for Anderson Services, L.L.C.*

GIBSON, DUNN & CRUTCHER LLP

By: _____

D. Jarrett Arp
Melanie Katsur
1050 Connecticut Avenue, NW
Washington, DC 20036
Tel.: (202) 887-3636
E-mail:  jarp@gibsondunn.com
 mkatsur@gibsondunn.com

*Attorneys for Defendant Hudson News Distributors, LLC*

SO ORDERED this 19th day of December, 2013

_____
The Honorable Paul A. Crotty
United States District Judge