# CRAVATH, SWAINE & MOORE LLP

STUART W. GOLD
JOHN W. WHITE
EVAN R. CHESLER
MICHAEL L. SCHLER
RICHARD LEVIN
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
FRANCIS P. BARRON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.
JAMES D. COOPER
STEPHEN L. GORDON
DANIEL L. MOSLEY
JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. GREHAN
C. ALLEN PARKER
SUSAN WEBSTER
DAVID MERCADO
ROWAN D. WILSON
CHRISTINE A. VARNEY
PETER T. BARBUR

SANDRA C. GOLDSTEIN
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KEITH R. HUMMEL
DAVID J. KAPPOS
DANIEL SLIFKIN
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
MARK I. GREENE
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1348

GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
JOEL F. HEROLD
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA
TEENA-ANN V. SANKOORIKAL
ANDREW R. THOMPSON
DAMIEN R. ZOUBEK
LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ERIC L. SCHIELE
ALYSSA K. CAPLES
JENNIFER S. CONWAY
MINH VAN NGO

KEVIN J. ORSINI
MATTHEW MORREALE
JOHN D. BURETTA
J. WESLEY EARNHARDT
YONATAN EVEN
BENJAMIN GRUENSTEIN
JOSEPH D. ZAVAGLIA
STEPHEN M. KESSING
LAUREN A. MOSKOWITZ
DAVID J. PERKINS
JOHNNY G. SKUMPIJA
J. LEONARD TETI, II
D. SCOTT BENNETT
TING S. CHEN
CHRISTOPHER K. FARGO
KENNETH C. HALCOM
DAVID M. STUART

SPECIAL COUNSEL
SAMUEL C. BUTLER
GEORGE J. GILLESPIE, III

OF COUNSEL
PAUL C. SAUNDERS

November 20, 2014

<u>Anderson News LLC, et al., v. American Media Inc., et al.,</u>
<u>09 CIV 2227 (PAC) (S.D.N.Y.)</u>

Dear Judge Crotty:

      I write on behalf of all parties in the above-captioned matter.

      The current scheduling order contemplates that dispositive motions and *Daubert* motions will be filed on December 15, 2014, but sets no briefing schedule. The parties have agreed on a briefing schedule, enclosed herewith in the form of a Sixth Stipulation and Proposed Order to Extend Civil Case Management Plan and Scheduling Order ("Revised CMO"). The existing Case Management Plan specifies a date for the submission of the final pretrial order on January 23, 2015. The parties propose to move that date until 60 days after the Court renders decision on the summary judgment and *Daubert* motions. If acceptable, we respectfully request that the Court enter the Revised CMO, which also has been filed with the Clerk's office.

      In addition, the parties request a conference to address the following issues: (a) whether the parties are exempted from the Court's Individual Rule of Practice 3.D as to the summary judgment and *Daubert* motions, given that the original Case Management Plan already contemplates the filing of such motions, and (b) outstanding discovery issues. In connection with the latter, the Court previously advised the parties to bring all discovery disputes to the Court at one time. We are now at the point where there remain a small number of discovery issues the parties wish to raise with the Court, and we believe those could be handled expeditiously at a conference. We would propose, at least two days before the conference date, to submit a joint letter setting forth the remaining disputes and the parties' positions as to each.

    Given the pendency of the December 15 date, the parties were contemplating the week of December 1 as a time for the conference; all counsel would be available December 5, if that is convenient for the Court, but will make ourselves available at such other time as the Court prefers.

                    Respectfully,

                    Rowan D. Wilson

The Honorable Paul A. Crotty
 United States District Court, Southern District of New York
  500 Pearl Street
   Chambers 1350
    New York, NY  10007

BY E-FILING AND BY HAND

Copies to:  All Counsel of Record (by email)