UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDERSON NEWS, L.L.C. and LLOYD WHITAKER, as the Assignee under an Assignment for the Benefit of Creditors for Anderson Services, L.L.C.,<br><br>                              Plaintiffs,<br><br>    v.<br><br>AMERICAN MEDIA, INC., BAUER PUBLISHING CO., L.P., CURTIS CIRCULATION COMPANY, DISTRIBUTION SERVICES, INC., HACHETTE FILIPACCHI MEDIA U.S., INC., HEARST COMMUNICATIONS, INC., HUDSON NEWS DISTRIBUTORS LLC, KABLE DISTRIBUTION SERVICES, INC., RODALE, INC., TIME INC., and TIME/WARNER RETAIL SALES & MARKETING, INC.,<br><br>                              Defendants. | No. 09 Civ. 2227 (PAC) |

**SUPPLEMENTAL STATEMENT OF UNCONTESTED FACTS PURSUANT TO RULE 56.1 BY DEFENDANT BAUER PUBLISHING CO., LP**

# FILED UNDER SEAL
**PURSUANT TO THE STIPULATION AND CONFIDENTIALITY ORDER DATED OCTOBER 10, 2012 - DKT #131**