UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                  :

ANDERSON NEWS, L.L.C. and ANDERSON  :
SERVICES, L.L.C.,                                        :        09 CIV. 2227 (PAC)

       Plaintiffs,

  -against-

AMERICAN MEDIA, INC., BAUER
PUBLISHING CO., LP, CURTIS CIRCULATION  :       **NOTICE OF MOTION**
COMPANY, DISTRIBUTION SERVICES, INC.,
HACHETTE FILIPACCHI MEDIA, U.S.,         :        Oral Argument Requested
HUDSON NEWS COMPANY, KABLE
DISTRIBUTION SERVICES, INC., RODALE,
INC., THE NEWS GROUP, LP, TIME INC. and
TIME/WARNER RETAIL SALES &
MARKETING, INC.,

       Defendants.
-------------------------------------------------------------x

       **PLEASE TAKE NOTICE**, that upon the Declaration of Daniel N. Anziska dated December 19, 2014, and the exhibits thereto; the accompanying Memorandum of Law dated December 19, 2014; and all of the pleadings and proceedings heretofore had herein, Defendant Bauer Publishing Co., LP ("Bauer"), by and through its undersigned counsel, will move this Court, at 500 Pearl Street, New York, New York, for an Order pursuant to Federal Rule Civil Procedure 56, granting summary judgment in favor of Bauer and dismissing the Amended Complaint dated September 7, 2012 as against Bauer.

       **PLEASE TAKE FURTHER NOTICE**, that pursuant to the Sixth Stipulation and Order to Extend Civil Case Management Plan and Scheduling Order, Plaintiffs' answering papers are to be served no later than March 9, 2015.

-2-

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the Sixth Stipulation and Order to Extend Civil Case Management Plan and Scheduling Order, Bauer's reply papers are to be served no later than April 17, 2015.

Dated:   New York, New York
         December 19, 2014

**TROUTMAN SANDERS LLP**

By:      /s/ Barry Brett
         Barry Brett
         Daniel Anziska
         Kevin P. Wallace
405 Lexington Avenue
New York, NY 10174
Telephone: (212) 704-6216
Facsimile: (212) 704-6288
daniel.anziska@troutmansanders.com

*Counsel for Defendant Bauer Publishing Co., L.P.*