PILLSBURY WINTHROP SHAW PITTMAN LLP
David G. Keyko (david.keyko@pillsburylaw.com)
Eric Fishman (eric.fishman@pillsburylaw.com)
Jay D. Dealy (jay.dealy@pillsburylaw.com)
1540 Broadway
New York, NY 10036-4039
(212) 858-1000
*Attorneys for Defendants American Media, Inc.
and Distribution Services, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDERSON NEWS, L.L.C. and LLOYD WHITAKER, as the Assignee under an Assignment for the Benefit of Creditors for Anderson Services, L.L.C., <br><br> Plaintiffs, <br><br> - against - <br><br> AMERICAN MEDIA, INC., BAUER PUBLISHING CO., L.P., CURTIS CIRCULATION COMPANY, DISTRIBUTION SERVICES, INC., HACHETTE FILIPACCHI MEDIA U.S., INC., HEARST COMMUNICATIONS, INC., HUDSON NEWS DISTRIBUTORS LLC, KABLE DISTRIBUTION SERVICES, INC., RODALE, INC., TIME INC., and TIME/WARNER RETAIL SALES & MARKETING, INC., <br><br> Defendants. | No. 09 Civ. 2227 (PAC) <br><br><br> **NOTICE OF DEFENDANTS AMERICAN MEDIA, INC. AND DISTRIBUTION SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT** <br><br> ORAL ARGUMENT REQUESTED |
| AMERICAN MEDIA, INC., HEARST COMMUNICATIONS, INC., and TIME INC., <br><br> Counterclaim-Plaintiffs, <br><br> - against - <br><br> ANDERSON NEWS, L.L.C. and CHARLES ANDERSON, JR., <br><br> Counterclaim-Defendants. | |

PLEASE TAKE NOTICE that upon the Memorandum of Law, Rule 56.1 Statement, Declaration of David G. Keyko, the accompanying Exhibits, and all pleadings and proceedings previously held herein, the undersigned will move this Court before the Honorable Paul A. Crotty at the United States Court House, 500 Pearl Street, New York, New York on a date to be determined by the Court for an Order granting summary judgment on all counts asserted in the Amended Complaint by Plaintiff Anderson News pursuant to Fed. R. Civ. P. 56.

Dated: December 19, 2014

                                      PILLSBURY WINTHROP SHAW PITTMAN LLP

                                      By: _____
                                             David G. Keyko
                                           Eric Fishman
                                           Jay D. Dealy

                                      1540 Broadway
                                      New York, New York 10036-4039
                                      (212) 858-1000

                                      *Attorneys for Defendants American Media, Inc.*
                                      *and Distribution Services, Inc.*

To:  All Counsel of Record