PILLSBURY WINTHROP SHAW PITTMAN LLP
David G. Keyko (david.keyko@pillsburylaw.com)
Eric Fishman (eric.fishman@pillsburylaw.com)
Jay D. Dealy (jay.dealy@pillsburylaw.com)
1540 Broadway
New York, NY  10036-4039
(212) 858-1000
*Attorneys for Defendants American Media, Inc.
and Distribution Services, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDERSON NEWS, L.L.C. and LLOYD WHITAKER, as the Assignee under an Assignment for the Benefit of Creditors for Anderson Services, L.L.C.,

    Plaintiffs,

- against -

AMERICAN MEDIA, INC., BAUER PUBLISHING CO., L.P., CURTIS CIRCULATION COMPANY, DISTRIBUTION SERVICES, INC., HACHETTE FILIPACCHI MEDIA U.S., INC., HEARST COMMUNICATIONS, INC., HUDSON NEWS DISTRIBUTORS LLC, KABLE DISTRIBUTION SERVICES, INC., RODALE, INC., TIME INC., and TIME/WARNER RETAIL SALES & MARKETING, INC.,

    Defendants.

---

AMERICAN MEDIA, INC., HEARST COMMUNICATIONS, INC., and TIME INC.,

    Counterclaim-Plaintiffs,

- against -

ANDERSON NEWS, L.L.C. and CHARLES ANDERSON, JR.,

    Counterclaim-Defendants.

---

No. 09 Civ. 2227 (PAC)

**NOTICE OF DEFENDANTS' JOINT MOTION TO EXCLUDE CERTAIN TESTIMONY OF DR. LESLIE M. MARX**

ORAL ARGUMENT REQUESTED

PLEASE TAKE NOTICE that upon the Memorandum of Law, Declaration of Jay D. Dealy, the accompanying Exhibits, and all pleadings and proceedings previously held herein, the undersigned will move this Court before the Honorable Paul A. Crotty at the United States Court House, 500 Pearl Street, New York, New York on a date to be determined by the Court for an Order excluding certain testimony of Dr. Leslie M. Marx.

Dated: December 19, 2014

| | |
|---|---|
| PILLSBURY WINTHROP SHAW PITTMAN LLP[*] | TROUTMAN SANDERS |
| By: _____<br>David G. Keyko<br>Eric Fishman<br>1540 Broadway<br>New York, NY 10036<br>Telephone: (212) 858-1000<br>Facsimile: (212) 858-1500<br>david.keyko@pillsburylaw.com<br>eric.fishman@pillsburylaw.com | By: _____<br>Barry J. Brett<br>Daniel Anziska<br>405 Lexington Avenue<br>New York, NY 10174<br>Telephone: (212) 704-6216<br>Facsimile: (212) 704-6288<br>barry.brett@troutmansanders.com<br>daniel.anziska@troutmansanders.com |
| *Counsel for Defendants American Media, Inc. and Distribution Services, Inc.* | *Counsel for Defendant Bauer Publishing Co., L.P.* |
| DECHERT LLP | ROSENBERG & ESTIS, P.C. |
| By: _____<br>George G. Gordon (*pro hac vice*)<br>Jennings F. Durand (*pro hac vice*)<br>2929 Arch Street<br>Philadelphia, PA 19104-2808<br>Telephone: (215) 994-4000<br>Facsimile: (215) 994-2222<br>george.gordon@dechert.com<br>Jennings.durand@dechert.com | By: _____<br>John M. Hadlock<br>Alexander Lycoyannis<br>733 Third Ave.<br>New York, NY 10017<br>Telephone: (212) 551-1217<br>jhadlock@rosenbergestis.com<br>alycoyannis@rosenbergestis.com |
| *Counsel for Defendant Curtis Circulation Company* | *Counsel for Defendant Rodale, Inc.* |

---

[*] Each of the undersigned counsel consents to Pillsbury Winthrop Shaw Pittman LLP executing this Memorandum on their behalf.

HEARST CORPORATION
OFFICE OF GENERAL COUNSEL

By: _____
      Jonathan R. Donnellan
      Eva M. Saketkoo
      Courtenay B. O'Connor
      Kristen L. Hauser
300 West 57 Street, 40th Floor
New York, NY 10019
Telephone: (212) 841-7000
Facsimile: (212) 554-7000
jdonnellan@hearst.com
esaketkoo@hearst.com
coconnor@hearst.com
khauser@hearst.com

*Counsel for Defendant Hearst Communications, Inc. (as successor in interest to Hachette Filipacchi Media U.S.)*

CRAVATH, SWAINE & MOORE LLP

By: _____
      Rowan D. Wilson
      Thomas G. Rafferty
      Antony L. Ryan
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
rwilson@cravath.com
trafferty@cravath.com
aryan@cravath.com

*Counsel for Defendants Time Inc. and Time/Warner Retail Sales & Marketing, Inc.*

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

By: _____
      I. Michael Bayda
      Jay A. Katz
88 Pine Street
New York, NY 10005
Telephone: (212) 483-9490
ibayda@mdmc-law.com

*Counsel for Defendant Kable Distribution Services, Inc.*

To: All Counsel of Record

501506109v1