EXHIBIT  3

# In The Matter Of:

## *ANDERSON NEWS, LLC*
### *v.*
## *AMERICAN MEDIA INC., et al.*

_____

## *DR. THOMAS Z. LYS - Vol. 1*
### *September 19, 2014*

_____

**MERRILL CORPORATION**

**LegaLink, Inc.**

1345 Avenue of the Americas
17th Floor
New York, NY 10105
Phone: 212.557.7400
Fax: 212.367.6178

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x

ANDERSON NEWS, L.L.C. and LLYOD
WHITAKER, as Assignee under an Assignment
for the benefit of Creditors for Anderson
Services, L.L.C.,

                    Plaintiffs,
                        Civil Action No.
      -against-            09-CIV-2227

AMERICAN MEDIA, INC., BAUER PUBLISHING
CO., L.P., CURTIS CIRCULATION COMPANY,
DISTRIBUTION SERVICES, INC., HACHETTE
FILIPACCHI MEDIA, M.S., INC., HEARST
COMMUNICATIONS, INC., HUDSON NEWS
DISTRIBUTORS, L.L.C., KABLE DISTRIBUTION
SERVICES, INC., RODALE, INC., TIME INC.,
and TIME/WARNER RETAIL SALES & MARKETING
INC.,

                    Defendants.
-----------------------------------x
AMERICAN MEDIA, INC., HEARST
COMMUNICATIONS, INC., and TIME INC.,
                    Counterclaim-Plaintiffs
        -against-
ANDERSON NEWS, INC., and CHARLES
ANDERSON, JR.,
                    Counterclaim-Defendants
-----------------------------------x
                    September 19, 2014
                    9:14 a.m.

    Videotaped Deposition of DR. THOMAS Z.
LYS, taken by Defendants, pursuant to Notice,
at the offices of Cravath, Swaine & Moore, LLP,
825 Eighth Avenue, New York, New York, before
William Visconti, a Shorthand Reporter and
Notary Public within and for the State of New
York.

DR. THOMAS Z. LYS - 9/19/2014

| | | |
|---|---|---|
| 1 | | |
| 2 | Solutions and you may swear the witness. | 09:15:48 |
| 3 | T H O M A S   Z.   L Y S, | 09:15:50 |
| 4 | having been first duly sworn by the Notary Public, | 09:15:50 |
| 5 | was examined and testified as follows: | 09:15:50 |
| 6 | EXAMINATION CONDUCTED BY MR. RYAN: | 09:15:52 |
| 7 | Q.    Good morning. | 09:15:52 |
| 8 | A.    Good morning, Mr. Ryan. | 09:16:00 |
| 9 | Q.    Could you please state your full | 09:16:01 |
| 10 | name for the record? | 09:16:04 |
| 11 | A.    My name is Thomas Z. Lys. | 09:16:04 |
| 12 | Q.    Have you been retained as an expert | 09:16:07 |
| 13 | in this case? | 09:16:10 |
| 14 | A.    Yes, I have. | 09:16:11 |
| 15 | Q.    By whom were you retained? | 09:16:12 |
| 16 | A.    I have been retained by counsel for | 09:16:19 |
| 17 | Plaintiffs. | 09:16:21 |
| 18 | Q.    And is that both Anderson News and | 09:16:22 |
| 19 | Anderson Services? | 09:16:25 |
| 20 | A.    That's correct. | 09:16:26 |
| 21 | (Lys Exhibit 1 for identification, | 09:16:26 |
| 22 | Expert report of Doctor Lys.) | 09:16:34 |
| 23 | Q.    Let me hand you what we previously | 09:16:34 |
| 24 | marked as Lys Exhibit 1.  Is Lys Exhibit 1 a true | 09:16:36 |
| 25 | and accurate copy of an expert report that you | 09:16:52 |

```
 1                    THOMAS Z. LYS
 2   known or knowable as of February '09.              11:17:24
 3        Q.     And this case Defendants' alleged       11:17:28
 4   unlawful conduct is the antitrust conspiracy that   11:17:32
 5   the Plaintiffs in this case claim took place,       11:17:37
 6   right?                                              11:17:40
 7        A.     That's my understanding, yes.           11:17:40
 8        Q.     You don't have any opinion as to        11:17:42
 9   whether in fact there was an antitrust conspiracy   11:17:47
10   or not, right?                                      11:17:51
11        A.     I do not.                               11:17:52
12        Q.     Do you agree then if there was an       11:17:53
13   industry downturn in the real world, you would     11:17:55
14   include that in your but for world as well?         11:17:59
15        A.     No, I do not agree with that.           11:18:02
16        Q.     Do you agree that if there was an       11:18:04
17   industry downturn that was known or knowable in     11:18:06
18   the real world as of February 10th, 2009 that you   11:18:10
19   would include that in your but for world as well?   11:18:13
20        A.     Yes.                                    11:18:15
21        Q.     Do you agree that if Anderson           11:18:18
22   management managed the business badly in the real   11:18:22
23   world, that you would include that in the but for   11:18:27
24   world as well?                                      11:18:29
25             MR. PAMPHILIS:   Objection to form.       11:18:29
```

DR. THOMAS Z. LYS – 9/19/2014

```
 1                    THOMAS Z. LYS
 2    this matter management forecasts?                    11:38:00
 3          A.     Yes.                                     11:38:05
 4          Q.     Those included at least annual           11:38:05
 5    budgets for Anderson News and Anderson Services?      11:38:08
 6          A.     I did not base my model on budgets,      11:38:09
 7    but I did see revenue forecasts by management.        11:38:14
 8          Q.     What revenue forecasts are by            11:38:24
 9    management did you see?                               11:38:27
10          A.     There was a November forecast of         11:38:27
11    revenue by management that I used in my model.  I     11:38:29
12    believe it was November, I'm speaking from memory,    11:38:40
13    so.  Sometime late '08, I believe it is November.     11:38:42
14    It was a five-year forecast.                          11:38:48
15          Q.     Is this the five-year forecast that      11:38:50
16    was used for the testing of goodwill for impairment?  11:39:00
17          A.     This was a forecast that was later       11:39:06
18    used by Ernst & Young in their audit work.  I         11:39:10
19    suspect it was used for impairment tests whether      11:39:18
20    it was goodwill or anything else, I did not           11:39:23
21    investigate.  But I know this was a forecast that     11:39:25
22    was handed over to Ernst & Young.                     11:39:27
23          Q.     So now we are on the same page.  I       11:39:29
24    now understand what the forecast is that you're       11:39:33
25    talking about.                                        11:39:35
```

```
 1                    THOMAS Z. LYS
 2    differ.  I don't understand differ.  If differ       11:44:08
 3    means it is not identical, I agree.  If you're       11:44:11
 4    asking me do I consider and rely on management's     11:44:15
 5    forecast, the answer is yes.  My revenue forecast    11:44:22
 6    has five legs and management is one of the legs.     11:44:26
 7         Q.     And you ended up using a different       11:44:31
 8    revenue forecast as a result of your five legs       11:44:34
 9    from management's forecast, right?                   11:44:37
10         A.     Yes.  I have done this in virtually      11:44:39
11    every DCF.  It is rare to rely a hundred percent     11:44:42
12    on a single source and particularly management.      11:44:50
13         Q.     Were the DCF models for Anderson         11:44:58
14    News and Anderson Services that you prepared,        11:45:02
15    prepared for purposes of this litigation?            11:45:05
16         A.     Again, I'm trying to understand how      11:45:17
17    to -- what your question is all about.  I was hired for 11:45:19
18    the purpose of this litigation.  I prepared these   11:45:23
19    models.  I did not use anybody else's models.       11:45:25
20    Does this answer your question.                      11:45:38
21         Q.     It does.  They were models that you     11:45:38
22    prepared for purposes of this lawsuit, right?        11:45:40
23              MR. PAMPHILIS:   Objection, form.          11:45:43
24         A.     I prepared this to value Anderson.       11:45:44
25    If you asked me to value Anderson's assets absent    11:45:50
```

1                    THOMAS Z. LYS

2    those are the discussions that we had.                11:59:06

3         Q.    Was it important for you whether            11:59:07

4    there was contemporaneous documentation prepared       11:59:09

5    by Anderson management before the companies went       11:59:12

6    out of business --                                     11:59:15

7              MR. PAMPHILIS:   Objection to form.          11:59:16

8         Q.    -- that showed an expectation that          11:59:17

9    Anderson News would become profitable without a        11:59:22

10   per copy surcharge?                                    11:59:25

11             MR. PAMPHILIS:   Objection to form.          11:59:26

12        A.    I didn't see -- I don't recall              11:59:26

13   seeing a document of that nature.  But all of my       11:59:32

14   discussions with management -- many, not all, many     11:59:37

15   of my discussions with management were is this         11:59:40

16   consistent with contemporaneous documents that you     11:59:45

17   have.  For example the cost-cutting are based on       11:59:49

18   the data that were available 2013, in this year        11:59:57

19   2014 that are based on contemporaneous documents.      12:00:05

20   So, yes, of course.                                    12:00:13

21        Q.    Were you supported in your work in          12:00:14

22   this case by a team of other individuals?              12:00:18

23             MR. PAMPHILIS:   Objection to form.          12:00:20

24        A.    Yes.                                        12:00:21

25        Q.    Who are they?                               12:00:24

DR. THOMAS Z. LYS - 9/19/2014

Page 124

```
 1                    THOMAS Z. LYS
 2    data were unreliable?                          12:22:44
 3          A.     I don't remember.  But my team    12:22:45
 4    determined that was the case.                  12:22:47
 5          Q.     Somebody at Bates White?          12:22:48
 6          A.     They did not make that up.  I     12:22:50
 7    believe this is the information we got when we 12:22:53
 8    obtained the data.                             12:22:56
 9          Q.     Did you conclude that the Magnet  12:22:57
10    data for 2007 and years going forward were    12:22:59
11    reliable?                                      12:23:03
12                 MR. PAMPHILIS:   Objection, form. 12:23:05
13          A.     Yes.                              12:23:07
14          Q.     Now, was the third input that you 12:23:10
15    used in arriving at your 6.81 percent weighted age 12:23:11
16    price growth a Bureau Of Labor Statistics price 12:23:19
17    index?                                         12:23:25
18          A.     Correct.                          12:23:25
19          Q.     And is the Bureau Of Labor        12:23:25
20    Statistics a U.S. Government entity?           12:23:29
21          A.     I believe so.  But I'm not definite 12:23:30
22    on that.                                       12:23:38
23          Q.     In any event you're aware that it's 12:23:38
24    an official source of price indices widely used by 12:23:42
25    economists?                                    12:23:48
```

```
 1                      THOMAS Z. LYS                        12:33:02
 2    in Services.  And so he doesn't understand that        12:33:09
 3    and therefore doesn't adjust his revenue and price     12:33:17
 4    forecasts suddenly don't match with the quantity       12:33:23
 5    forecast.                                              12:33:23
 6              If you want to do this correctly             12:33:25
 7    manipulating one at a time what you have to do is      12:33:28
 8    lower the price trend as he did, but then take         12:33:35
 9    into account the resulting increase in volume.         12:33:39
10    Remember, the volume is by backing out prices and      12:33:43
11    revenue.  He doesn't do that.                          12:33:48
12              So I think he fundamentally doesn't          12:33:51
13    understand my model and it is very dangerous to        12:33:54
14    manipulate a model that you don't understand.  I'm     12:33:58
15    telling you if you do that correctly you actually      12:34:00
16    get plus I think 28 million, I don't remember.  I      12:34:03
17    just did it quickly.                                   12:34:04
18         Q.    You get --                                  12:34:06
19         A.    His conclusion is wrong.                    12:34:08
20         Q.    You get plus 28 million using a 6           12:34:13
21    percent price growth rate?                             12:34:14
22         A.    Whatever his change was, I forgot.          12:34:18
23         Q.    This is a calculation that you             12:34:20
24    performed this morning?                                12:34:20
25         A.    Yes.
```

```
 1                    THOMAS Z. LYS                      12:34:21
 2        Q.    Didn't you tell me earlier today         12:34:21
 3   that you hadn't performed any calculations since    12:34:23
 4   you submitted your July report?                     12:34:27
 5             MR. PAMPHILIS:   Objection to form.        12:34:28
 6        A.    This was not the calculation.  This       12:34:29
 7   is just trying to understand what was going on in    12:34:31
 8   his critique.  But I mean if this is -- I revise     12:34:34
 9   my statement to include this.                        12:34:38
10        Q.    Are there any other calculations of       12:34:41
11   this type that you performed since you submitted     12:34:43
12   your July report?                                    12:34:46
13        A.    I mean this was all done in               12:34:47
14   preparation for here.  So I understand what the      12:34:48
15   criticism goes and why he is getting these strange   12:34:51
16   results.  Let me remember.  Not that I remember      12:34:55
17   right now.  If I do I will certainly tell you.       12:35:05
18        Q.    What I think you're saying is that        12:35:09
19   if the cover price growth rate assumption in your    12:35:12
20   DCF model is lowered, that will to some extent       12:35:20
21   raise the unit growth rate in your model?            12:35:27
22        A.    Because of the way the units are          12:35:31
23   computed, yes.                                       12:35:34
24        Q.    It would make the decline in units        12:35:35
25   somewhat less than what you have shown in your       12:35:39
```

```
 1                      THOMAS Z. LYS
 2    hasn't picked up.  If fact particularly the          13:21:34
 3    European Central Bank is worried about inflation.    13:21:37
 4    They have changed their interest rate to 0 in        13:21:42
 5    which they are lending banks.                        13:21:46
 6           Q.     Turn to paragraph 171 of your          13:21:47
 7    report?                                              13:21:49
 8           A.     Of my initial report.                  13:21:50
 9           Q.     Yes, sir.  Do you see that in          13:21:51
10    paragraph 171 you write, "Where appropriate I        13:22:00
11    apply an inflation rate using the core CPI rate      13:22:03
12    forecast from January 27th, 2009 obtained from the   13:22:06
13    CBO."?                                               13:22:11
14           A.     Yes, I see that.                       13:22:12
15           Q.     Is the credit CBO the Congressional    13:22:13
16    Budget Office?                                       13:22:17
17           A.     That's correct.                        13:22:17
18           Q.     And is it the case that as of the      13:22:18
19    end of January, 2009 the CBO forecasts what the      13:22:21
20    inflation rate using the core CPI would be?          13:22:26
21           A.     Yes.                                   13:22:30
22           Q.     And they forecast that for the         13:22:32
23    years 2009 through 2013 that the core CPI would be   13:22:34
24    2 percent or less each year, didn't they?            13:22:40
25           A.     That's correct, yes.                   13:22:43
```

```
 1                    THOMAS Z. LYS
 2         Q.    But your DCF you used magazine          13:22:44
 3    price increases of 6.81 percent, right?           13:22:48
 4              MR. PAMPHILIS:   Objection to form.      13:22:56
 5         A.    I mean I don't know how to explain,     13:22:57
 6    but if your question is do I use, the answer is    13:23:00
 7    yes.                                               13:23:04
 8         Q.    So that's a price increase much         13:23:04
 9    higher than the then forecast general rate of      13:23:08
10    inflation on consumer goods, right?                13:23:13
11              MR. PAMPHILIS:   Objection to form.      13:23:15
12         A.    It is and it's completely               13:23:16
13    irrelevant.  I mean you are making an apple to     13:23:19
14    bananas comparison that an economist would never   13:23:26
15    make.                                              13:23:28
16         Q.    Do you believe that magazine cover      13:23:31
17    prices generally track CPI during this period?     13:23:32
18         A.    I neither believe or disbelieve         13:23:35
19    this.                                              13:23:37
20         Q.    Have you looked into that question?     13:23:37
21         A.    No, I have a forecast of magazine       13:23:39
22    prices.  I don't know why I would want to muddy it 13:23:41
23    up with some beliefs.  I have a forecast of what   13:23:46
24    magazine prices are doing and that is my best      13:23:51
25    forecast for the future.  The CPI, core or noncore 13:23:55
```

| | |
|---|---|
| 1 | THOMAS Z. LYS | |
| 2 | approach.  There are other approaches and other | 13:36:36 |
| 3 | experts may exercise their judgement differently. | 13:36:43 |
| 4 | I have exercised my judgment and based on what I | 13:36:47 |
| 5 | have seen in the other experts, I don't see any | 13:36:51 |
| 6 | reason to change my judgment. | 13:36:54 |
| 7 | Q.    You don't believe the frequency | 13:36:58 |
| 8 | with which magazines change their cover prices | 13:36:59 |
| 9 | would affect the time period over which you would | 13:37:03 |
| 10 | want to study industrywide average price | 13:37:06 |
| 11 | increases? | 13:37:11 |
| 12 | MR. PAMPHILIS:   Objection to form. | 13:37:11 |
| 13 | A.    I don't see that that adds a bias. | 13:37:12 |
| 14 | As I told you, I simply didn't have longer time | 13:37:17 |
| 15 | periods.  If I had longer time periods I would | 13:37:25 |
| 16 | have used them. | 13:37:29 |
| 17 | Q.    I think you told me that you did | 13:37:29 |
| 18 | have available to you internal data from Anderson | 13:37:31 |
| 19 | News over longer time periods before 2007? | 13:37:36 |
| 20 | A.    I'm not sure what I said.  Can you | 13:37:39 |
| 21 | remind me what I said? | 13:37:40 |
| 22 | Q.    Yes.  Do you recall that I showed | 13:37:42 |
| 23 | you your figure 35 on page 59 of your initial | 13:37:43 |
| 24 | report and you talked about how that was the | 13:37:48 |
| 25 | annual change in 2008 or 2007 and I asked you | 13:37:49 |

DR. THOMAS Z. LYS – 9/19/2014

Page 149

```
 1                    THOMAS Z. LYS
 2   whether you had available Anderson internal data        13:37:52
 3   from earlier years and you told me you did.             13:37:55
 4   Right?                                                  13:37:57
 5        A.    Yes.                                         13:37:57
 6        Q.    So you could have studied these              13:37:57
 7   price changes over a longer period?                     13:38:00
 8        A.    I could have, yes.  The question is          13:38:02
 9   whether they are really predictive of what is           13:38:04
10   going to happen in the future and I made a              13:38:08
11   judgment to restrict myself to these periods that       13:38:10
12   I have used.                                            13:38:13
13        Q.    Another input in your DCF besides            13:38:17
14   the cover price growth rate is the unit growth          13:38:21
15   rate?                                                   13:38:25
16        A.    That's correct.                              13:38:25
17        Q.    Turn to figure 14 on page 30 of             13:38:26
18   your report.  Did you use a negative 8.04 annual        13:38:29
19   growth rate?                                            13:38:36
20        A.    Which page?                                  13:38:37
21        Q.    Page 30, figure 14 and my question          13:38:38
22   is did you use a negative 8.04 percent unit growth      13:38:43
23   rate?                                                   13:38:49
24        A.    Yes, that is my prediction for the          13:38:50
25   future, yes.                                            13:38:52
```

```
 1                    THOMAS Z. LYS
 2         Q.    Is that a way of saying that the          13:38:52
 3    number of magazine units will decline by 8.04        13:38:56
 4    percent a year?                                       13:39:04
 5              MR. PAMPHILIS:   Objection to form.         13:39:05
 6         A.    That is my estimate of the decline,        13:39:06
 7    yes.                                                  13:39:13
 8         Q.    And am I right that you used the           13:39:13
 9    five inputs as shown there in figure 14?              13:39:17
10         A.    That's correct.                            13:39:22
11         Q.    Now, the first four of those five          13:39:25
12    inputs, the management forecast, the Time 2009        13:39:27
13    budget, the industry forecast IBIS, I-B-I-S, and      13:39:31
14    industry forecast PWC, were those all in fact         13:39:37
15    revenue forecasts?                                    13:39:42
16         A.    They were revenue forecasts and I          13:39:44
17    used my price forecast to match this series.  From    13:39:46
18    the revenue forecast I backed out the implied unit    13:39:51
19    increase and this is the issue that I discussed       13:39:55
20    with you earlier that Mr. Beaton I think misses.      13:39:58
21         Q.    So if your price increase rate is          13:40:02
22    wrong then your unit rate of decline would also be    13:40:08
23    wrong, right?                                         13:40:13
24              MR. PAMPHILIS:   Objection to form.         13:40:14
25         A.    I think this is a misleading -- I          13:40:14
```

```
 1                     THOMAS Z. LYS
 2    was a trick there somewhere.                          13:44:44
 3          Q.    No, no trick.  You're aware in fact       13:44:46
 4    efficiency in that sense declined over the period     13:44:54
 5    2009 to 2013?                                         13:44:57
 6                MR. PAMPHILIS:   Objection to form.        13:44:59
 7          A.    In hindsight?                             13:45:00
 8          Q.    Yes.                                       13:45:00
 9          A.    Yes, as I stated in my report this        13:45:02
10    is the wrong way of looking at the issue.  Because    13:45:04
11    had efficiency increased, I still would have used     13:45:07
12    my forecast.  I discussed my assumptions about        13:45:13
13    efficiency with management and they concluded that    13:45:20
14    it was reasonable.  I also looked historically and    13:45:23
15    while quarter over quarter efficiency fluctuated,     13:45:28
16    it is relatively constant historically.  So I         13:45:32
17    really had no reason to manipulate that.              13:45:37
18                The final reason not to manipulate        13:45:44
19    efficiency is that the but for model uses the 2       13:45:50
20    percent concession and the 2 percent concession      13:45:55
21    doesn't change the economics of efficiency.  Had      13:46:03
22    my but for model been based on the 7 cents            13:46:07
23    surcharge as opposed to the 2 percent concession,     13:46:12
24    I would actually have to increase efficiency.         13:46:17
25    Because one of the purposes that because my but       13:46:21
```

| | | |
|---|---|---|
| 1 | THOMAS Z. LYS | |
| 2 | for world is driven by an unchanged economic | 13:46:25 |
| 3 | situation as to efficiency, it is the most | 13:46:29 |
| 4 | reasonable thing to do under the circumstances to | 13:46:35 |
| 5 | maintain efficiency as the economics dictated at | 13:46:40 |
| 6 | the time. | 13:46:45 |
| 7 | Q.    Do you agree that in the years up | 13:46:45 |
| 8 | to and through 2008 in fact efficiency as you're | 13:46:49 |
| 9 | using that term was declining? | 13:46:55 |
| 10 | MR. PAMPHILIS:   Objection to form. | 13:46:58 |
| 11 | A.    It declined to the level that I | 13:46:59 |
| 12 | used, yes.  But, again, fluctuations in efficiency | 13:47:01 |
| 13 | historically have not been huge.  The market | 13:47:05 |
| 14 | shares have not been huge.  There doesn't seem to | 13:47:09 |
| 15 | be a lot of -- that is one part of the history | 13:47:13 |
| 16 | that is relatively stable. | 13:47:15 |
| 17 | Q.    But you would agree, for instance, | 13:47:16 |
| 18 | in the period 2004 through 2008 Anderson's | 13:47:18 |
| 19 | efficiency declined, right? | 13:47:22 |
| 20 | A.    I don't remember.  We could look at | 13:47:23 |
| 21 | the data. | 13:47:25 |
| 22 | Q.    And efficiency declined industrywide | 13:47:25 |
| 23 | during that period, didn't it? | 13:47:29 |
| 24 | MR. PAMPHILIS:   Objection to form. | 13:47:30 |
| 25 | A.    I don't recall the number.  I mean, | 13:47:31 |

```
 1                    THOMAS Z. LYS
 2        A.    That's correct.  I mean it is          14:10:44
 3   called working capital.  The difference between   14:10:49
 4   accounts receivable and accounts payable is called 14:10:51
 5   working capital.  It is not called negative        14:10:55
 6   working capital.                                   14:10:58
 7        Q.    Is a working capital deficit            14:10:59
 8   sometimes also called negative working capital?    14:11:01
 9        A.    It is.                                  14:11:04
10        Q.    Are accounts payable the amounts        14:11:04
11   Anderson News owed to suppliers but had not paid?  14:11:07
12        A.    The accounts payable was credit         14:11:11
13   extended to Anderson by its suppliers, yes.        14:11:14
14        Q.    So they are amounts that Anderson       14:11:17
15   News owed to suppliers but had not paid?           14:11:21
16             MR. PAMPHILIS:   Objection to form.      14:11:22
17        A.    That's correct.                         14:11:23
18        Q.    Were those suppliers mostly             14:11:24
19   magazine and book publishers?                      14:11:26
20             MR. PAMPHILIS:   Objection to form.      14:11:28
21        A.    I don't know what mostly means, but     14:11:30
22   they were publishers, yes.                         14:11:33
23        Q.    By dollar value, was most of the        14:11:37
24   accounts payable amounts that Anderson News owed   14:11:39
25   to magazine and book publishers?                   14:11:42
```

```
 1                   THOMAS Z. LYS
 2         A.    I have clarity about Impact II.  I        14:39:55
 3    just didn't see a signed document or anything       14:39:59
 4    executed in regards to Impact II.  I believe it     14:40:01
 5    was never executed.                                 14:40:04
 6         Q.    Do you agree that all Comag titles        14:40:12
 7    were not going to participate in Impact II?         14:40:15
 8              MR. PAMPHILIS:   Objection to form.        14:40:19
 9         A.    I don't recall.                           14:40:21
10         Q.    Are you familiar with the discounts       14:40:24
11    that any publishers gave to other wholesalers       14:40:26
12    after Anderson News shut down.                      14:40:29
13         A.    Before I answer that let me tell          14:40:39
14    you it is irrelevant because I'm modeling the but   14:40:41
15    for world.  You're telling me in the world where    14:40:44
16    the conspiracy happened and Anderson shut down      14:40:47
17    what were the discounts.  I don't think that is     14:40:51
18    the right way of thinking what would have happened  14:40:54
19    in the but for world.  I think that is very         14:40:57
20    misleading and contrary to basic economics.        14:41:02
21         Q.    Are you familiar with the discounts       14:41:07
22    that any publishers gave to other wholesalers       14:41:10
23    after Anderson News shut down?                      14:41:14
24         A.    I don't recall precisely right now.       14:41:15
25    I believe I saw some evidence particularly in your  14:41:20
```

| | | |
|---|---|---|
| 1 | THOMAS Z. LYS | |
| 2 | stating like we can't afford it or something like | 14:45:18 |
| 3 | that.  I remember a statement by AMI, yes I do. | 14:45:22 |
| 4 | Q.    That statement wouldn't support by | 14:45:35 |
| 5 | itself a conclusion that AMI would be willing to | 14:45:37 |
| 6 | give a 2 percent price concession if anything | 14:45:40 |
| 7 | would point the other way, right? | 14:45:42 |
| 8 | MR. PAMPHILIS:   Objection to form. | 14:45:43 |
| 9 | A.    Not at all.  Not at all.  When I'm | 14:45:44 |
| 10 | trying to buy a car the dealer tells me he can't | 14:45:46 |
| 11 | afford the price that I'm asking.  And I say, what | 14:45:49 |
| 12 | do you mean you can't afford it.  I don't know | 14:45:55 |
| 13 | what that means.  It is a negotiation line that | 14:45:58 |
| 14 | every negotiator uses that is meaningless. | 14:46:04 |
| 15 | Particularly that what you can afford as a single | 14:46:12 |
| 16 | negotiator in this market is not the same what you | 14:46:15 |
| 17 | can afford or not afford if you're competitors | 14:46:19 |
| 18 | also agreed to. | 14:46:24 |
| 19 | In the but for world the world | 14:46:27 |
| 20 | looks quite different.  It is not just the minus 2 | 14:46:30 |
| 21 | percent to publishers but obviously the cover | 14:46:33 |
| 22 | prices would have reflected to the fact that all | 14:46:37 |
| 23 | publishers are facing 7 cents.  They would have | 14:46:40 |
| 24 | changed their efficiencies that they impose or | 14:46:44 |
| 25 | lack of efficiencies that they impose on the | 14:46:51 |

```
 1                    THOMAS Z. LYS
 2      system.                                          14:46:54
 3                  So you can't simply look at it on a  14:46:54
 4      one by one piecemeal because that is not the but 14:46:57
 5      for world.  The but for world is where we are all 14:47:00
 6      facing increased distribution costs.  We know in 14:47:03
 7      the competitive industry that costs are passed on. 14:47:08
 8      It is only monopolists that are forced to eat some 14:47:13
 9      of the cost increases.  So unless you are facing a 14:47:17
10      completely elastic demand curve you pass this on. 14:47:24
11           Q.     You don't know what AMI meant if it  14:47:26
12      said it was unable to pay a 2 percent price       14:47:30
13      increase, correct?                                14:47:33
14                  MR. PAMPHILIS:   Objection, form.     14:47:34
15           A.     That's correct.                       14:47:35
16           Q.     You don't know what Bauer meant if    14:47:35
17      it said it was unable to pay a 2 percent price    14:47:39
18      increase?                                         14:47:43
19                  MR. PAMPHILIS:   Objection, form.     14:47:43
20           A.     What I do know is any reasonable      14:47:44
21      negotiator would respond to an offer with a       14:47:47
22      counteroffer.  And an offer and counteroffer are  14:47:49
23      much more effective if they are accompanied by    14:47:53
24      anything resembling a justification.  If you make 14:47:57
25      me an offer and I reject it and you say why are   14:48:01
```

DR. THOMAS Z. LYS - 9/19/2014

| | | |
|---|---|---|
| 1 | THOMAS Z. LYS | |
| 2 | Q.    Do you see there in the second | 15:09:47 |
| 3 | sentence that you write that "Professor Picard | 15:09:49 |
| 4 | assessed the merits of their initiatives and | 15:09:52 |
| 5 | provided me with a quantification of their likely | 15:09:58 |
| 6 | impact on Anderson's cash flow."? | 15:10:02 |
| 7 | A.    I see that. | 15:10:04 |
| 8 | Q.    In what form did Professor Picard | 15:10:05 |
| 9 | provide you with that quantification? | 15:10:08 |
| 10 | A.    I received -- I think he provided | 15:10:09 |
| 11 | it to me in spreadsheet form. | 15:10:18 |
| 12 | Q.    Did you receive backup schedules | 15:10:24 |
| 13 | from Professor Picard? | 15:10:25 |
| 14 | MR. PAMPHILIS:   Objection. | 15:10:27 |
| 15 | A.    I don't recall. | 15:10:28 |
| 16 | Q.    Did he provide you with Anderson | 15:10:32 |
| 17 | management created analyses that underlay his | 15:10:42 |
| 18 | quantification? | 15:10:44 |
| 19 | MR. PAMPHILIS:   Objection to form. | 15:10:45 |
| 20 | A.    I don't recall. | 15:10:46 |
| 21 | Q.    Did you ask Professor Picard to | 15:10:50 |
| 22 | explain which of the savings related to Anderson | 15:10:54 |
| 23 | News and which related to Anderson Services? | 15:11:00 |
| 24 | A.    Yes, I did. | 15:11:02 |
| 25 | Q.    Did you ask him to explain to you | 15:11:03 |

```
 1                    THOMAS Z. LYS
 2    was dependent on one another?                    15:12:29
 3              MR. PAMPHILIS:   Objection to form.    15:12:38
 4        A.      I don't recall any such discussion.  15:12:39
 5    I mean do you mean by dependent if one happens the  15:12:52
 6    other one will also happen?  Is that what you     15:12:57
 7    mean?  I'm not sure that I understood your        15:12:59
 8    question.                                         15:13:01
 9        Q.      Yes, so sort of on a scale from 0    15:13:01
10    to 1 you could measure whether the two           15:13:05
11    probabilities were dependent or independent or the  15:13:08
12    extent to which they were dependent on each other,  15:13:12
13    right?                                            15:13:15
14        A.      Again, I don't understand what       15:13:15
15    you're asking.  We didn't have a discussion on   15:13:17
16    probabilities.  So obviously if that is your     15:13:19
17    question the answer is no.  I thought what you   15:13:21
18    were saying is that if one happens then the other  15:13:25
19    one also happens.  And I don't believe he said   15:13:29
20    anything that would lead me to believe that that  15:13:34
21    was his opinion.                                  15:13:37
22        Q.      It was your understanding that the   15:13:39
23    various initiatives were independent of each     15:13:42
24    other?                                            15:13:44
25              MR. PAMPHILIS:   Objection to form.    15:13:44
```

DR. THOMAS Z. LYS – 9/19/2014

| | | |
|---|---|---|
| 1 | THOMAS Z. LYS | |
| 2 | A.    Yes.  I mean that is what I | 15:13:45 |
| 3 | inferred from talking to him and the subsequent | 15:13:49 |
| 4 | discussions that I had with management. | 15:13:52 |
| 5 | Q.    Who in Anderson management did you | 15:13:58 |
| 6 | discuss the cash flows from these performance | 15:14:00 |
| 7 | initiatives with? | 15:14:03 |
| 8 | MR. PAMPHILIS:   Objection to form. | 15:14:04 |
| 9 | A.    John Campbell and also Jay Maier. | 15:14:05 |
| 10 | Q.    Was it your understanding that John | 15:14:11 |
| 11 | Campbell had prepared many of the underlying | 15:14:13 |
| 12 | initial calculations? | 15:14:16 |
| 13 | A.    I believe so, yes.  There may have | 15:14:20 |
| 14 | been also Bo Castle.  I'm not sure.  I spoke to Bo | 15:14:23 |
| 15 | Castle and I'm not sure whether it involved | 15:14:31 |
| 16 | initiatives.  As I sit here today I can neither | 15:14:33 |
| 17 | confirm or deny that.  I know I talked to Bo | 15:14:35 |
| 18 | Castle. | 15:14:39 |
| 19 | Q.    Do you recall anything specific | 15:14:40 |
| 20 | that you discussed with Bo Castle as it related to | 15:14:42 |
| 21 | performance initiatives? | 15:14:45 |
| 22 | A.    No, everything that I discussed | 15:14:47 |
| 23 | with him has been transferred into my report.  So | 15:14:49 |
| 24 | again I would have to search where Bo Castle shows | 15:14:54 |
| 25 | up and see where it is in the report. | 15:14:56 |

DR. THOMAS Z. LYS – 9/19/2014

Page 206

```
 1                    THOMAS Z. LYS
 2    Picard?                                        15:16:11
 3          A.     Not in this report, no.           15:16:11
 4          Q.     Did you at any time make any       15:16:16
 5    adjustments to any of the cash flows that you   15:16:20
 6    received from Professor Picard?                 15:16:23
 7                 MR. PAMPHILIS:   Objection to form. 15:16:24
 8          A.     I mean I didn't single handedly    15:16:25
 9    make an adjustment, but as it turns out he revised 15:16:30
10    his opinion on one initiative and I revised my  15:16:34
11    valuation accordingly.  So your question was    15:16:40
12    sufficiently imprecise that I didn't know whether 15:16:43
13    you meant that or not.  If that is what you meant, 15:16:46
14    this is my answer.                              15:16:49
15          Q.     So when he gave you a revised      15:16:49
16    calculation you then incorporated his revised   15:16:52
17    calculation into your DCF model?                15:16:55
18          A.     Of course.                         15:16:57
19          Q.     But am I right that you did not    15:16:57
20    make any adjustments to the cash flows that you 15:17:01
21    received from Professor Picard that didn't come 15:17:04
22    from him?                                       15:17:07
23          A.     That's correct.  To the best of my 15:17:10
24    recollection, yes.                              15:17:12
25          Q.     If you could turn to paragraph 110 15:17:34
```

DR. THOMAS Z. LYS - 9/19/2014

Page 213

```
 1                    THOMAS Z. LYS
 2        Q.    So if I could ask you to turn to      15:26:41
 3   figure 16 of this response report of July,       15:26:43
 4   Exhibit 4.  This is on page 44, figure 16.       15:26:47
 5        A.    Yes.                                   15:26:52
 6        Q.    Are these the cash flows that you     15:26:55
 7   received from Professor Picard?                   15:26:57
 8        A.    Yes.                                   15:26:59
 9        Q.    The information in the right-hand     15:27:02
10   column about which entity they affected, that too 15:27:05
11   is information that you received from Professor   15:27:10
12   Picard?                                           15:27:13
13             MR. PAMPHILIS:   Objection to form.    15:27:13
14        A.    Yes.                                   15:27:13
15        Q.    Then if you could turn please to      15:27:17
16   the next page, page 45, figure 17, this is the   15:27:19
17   valuation impact of those same cash flows?       15:27:25
18        A.    Yes.                                   15:27:28
19        Q.    And is figure 17 then the result of   15:27:36
20   your running the cash flows that you received from 15:27:39
21   Professor Picard through your DCF models?         15:27:41
22        A.    I believe so, yes.                     15:27:44
23        Q.    And so that takes a number of the     15:27:46
24   cost savings that are projected to occur at      15:27:52
25   Services and then apportions the valuation impact 15:27:58
```

DR. THOMAS Z. LYS – 9/19/2014

Page 214

```
 1                    THOMAS Z. LYS
 2    to News, right?                              15:28:01
 3         A.    Well, it also apportions it amongst   15:28:03
 4    Services -- some of it occurs at Prologix and it's   15:28:07
 5    apportioned to T&G and to Services and from   15:28:12
 6    Services that is the $28 million and some of it   15:28:18
 7    then flows to News and that is the 72 million, and   15:28:20
 8    the total is 101675                           15:28:26
 9         Q.    Do you see in the row exchange of   15:28:31
10    delivery window?                              15:28:34
11         A.    Yes.                              15:28:35
12         Q.    There is valuation impact at   15:28:36
13    Services of negative $420,000?                15:28:39
14         A.    Yes, I see that.                  15:28:41
15         Q.    What does that represent?         15:28:42
16         A.    I don't remember.  As I sit here   15:28:46
17    today I can't recall.  I would have to go back and   15:28:49
18    check my notes or actually my model.  Actually my   15:28:51
19    model, there is no notes, my model to see why it   15:28:55
20    is minus 420.                                 15:29:00
21         Q.    Do you have any understanding as   15:29:02
22    you sit here today how negative valuation impact   15:29:03
23    on Services could make sense?                 15:29:06
24              MR. PAMPHILIS:   Objection to form.   15:29:09
25         A.    I'm sure that the number is       15:29:10
```

DR. THOMAS Z. LYS - 9/19/2014

Page 215

```
 1                    THOMAS Z. LYS
 2    correct.  It has been audited over and over again.        15:29:13
 3    The problem is that I don't have any recollection          15:29:16
 4    of the mechanics of the spreadsheet how this model        15:29:22
 5    was negative.  Whether this was compensation or           15:29:26
 6    expansion of -- let's see.  I simply can't answer         15:29:34
 7    that question right now from memory.  But I will          15:29:40
 8    make sure that I go back to the spreadsheet and           15:29:44
 9    trace it down.                                            15:29:48
10        Q.    Regardless of the mechanics of the              15:29:52
11    calculation, do you have an understanding how it          15:29:54
12    could make conceptual sense from a modeling               15:29:56
13    perspective that the valuation impact of this cost        15:29:59
14    savings initiative could be negative for Services?        15:30:01
15              MR. PAMPHILIS:   Objection to form.             15:30:04
16        A.    Again, as I sit here today I simply             15:30:04
17    can't recall this.  I mean there is two negative          15:30:12
18    numbers -- no, there is only one.  It is the sum.         15:30:15
19    I don't know.                                             15:30:21
20        Q.    Did you assume in your DCF models               15:30:21
21    that the service fee that would be charged to News        15:30:30
22    would remain constant at 78.5 percent?                    15:30:36
23        A.    Could you repeat your question?  I              15:30:41
24    was still mentally --                                     15:30:42
25        Q.    Of course.  Did you assume in your              15:30:45
```

DR. THOMAS Z. LYS - 9/19/2014

Page 221

```
 1                    THOMAS Z. LYS
 2   Anderson Services?                               15:38:47
 3              MR. PAMPHILIS:   Objection to form.   15:38:47
 4        A.    Prologix East was an asset owned by   15:38:52
 5   Services, so in that regard its assets are the assets of   15:38:56
 6   Services.                                        15:39:06
 7        Q.    It was owned in part by Anderson      15:39:06
 8   Services and in part by the News Group, right?   15:39:11
 9        A.    Yes.                                  15:39:13
10        Q.    Is it your understanding that         15:39:15
11   Prologix East was sold to the News Group in or   15:39:17
12   around February of 2009?                         15:39:21
13        A.    I believe that is true, yes.          15:39:23
14        Q.    And in fact are the proceeds that     15:39:24
15   Anderson Services received from the sale of its  15:39:33
16   interests in Prologix East reflected in the      15:39:36
17   liquidation proceeds in your analysis?           15:39:39
18        A.    Of course, yes.                       15:39:41
19        Q.    Is it your understanding then that    15:39:42
20   Prologix East thereafter was owned -- was wholly 15:39:48
21   owned by the News Group?                         15:39:54
22        A.    That's correct.  Wait, that's my      15:39:56
23   understanding.  Actually what happens after      15:39:59
24   February 9th -- February '09 in the real world is 15:40:01
25   not relevant to my analysis or any cash flows that 15:40:11
```

```
 1                    THOMAS Z. LYS
 2   I included in the offset to the damages.        15:40:15
 3              Whether it was owned by the News      15:40:20
 4   Group or anybody else I didn't follow up.  So   15:40:25
 5   whether they are today owned by who, I don't know. 15:40:31
 6        Q.    As part of your assignment in this    15:40:37
 7   matter did you receive direction from Plaintiffs' 15:40:39
 8   counsel about whether to include Prologix East in 15:40:41
 9   your analysis?                                   15:40:45
10        A.    I don't believe so.  I mean I        15:40:52
11   valued Services' assets and as an economist I came 15:40:55
12   to the conclusion that Prologix East was an asset 15:41:01
13   owned in part, large part, by Services.  So as   15:41:05
14   such I considered it.  I don't recall having a   15:41:12
15   discussion with counsel about that.  I may have  15:41:17
16   but I don't recall it.                           15:41:21
17        Q.    I think you said earlier that as     15:41:22
18   part of your calculation of damages in this case 15:41:27
19   you were trying to calculate damages to Anderson 15:41:30
20   News as a company and to Anderson Services as a  15:41:37
21   company; is that correct?                        15:41:39
22        A.    That's correct.                       15:41:40
23        Q.    Were you trying to calculate          15:41:40
24   damages to Prologix East as a company?           15:41:43
25        A.    No.                                   15:41:46
```

DR. THOMAS Z. LYS – 9/19/2014

Page 248

```
 1                    THOMAS Z. LYS
 2      which I interpreted it is reasonable.              16:17:10
 3           Q.     Let me ask you about your valuation    16:17:13
 4      in the Rural Metro case.                           16:17:18
 5           A.     Okay.                                  16:17:21
 6           Q.     In that case you performed a           16:17:22
 7      valuation using discounted cash flow methodology,  16:17:23
 8      didn't you?                                        16:17:27
 9           A.     I did.                                 16:17:27
10           Q.     And did you then add the amount of     16:17:28
11      noninterest bearing liabilities?                   16:17:33
12           A.     No.                                    16:17:38
13           Q.     You didn't do that in the Rural        16:17:39
14      Metro case, did you?                               16:17:42
15           A.     No, of course not.                     16:17:43
16           Q.     Have you ever in any other             16:17:47
17      litigation which you valued a company, have you    16:17:48
18      ever added the amount of the noninterest bearing   16:17:51
19      liabilities to the results of your discounted cash 16:17:54
20      flow calculation?                                  16:17:57
21           A.     I didn't have to.  This is the         16:18:03
22      first case where the damages are the destruction   16:18:05
23      of the assets.  All the other cases, Rural Metro,  16:18:09
24      was a question of the value of equity.  It was not 16:18:13
25      a question of the value of assets.  That was not a 16:18:20
```

1                    THOMAS Z. LYS

2    believe anybody will dispute.                    16:19:39

3        Q.    Have you ever worked on any other      16:19:40

4    case in which it was your opinion that damages   16:19:43

5    were the destruction of total assets?            16:19:45

6        A.    No, because all the other cases        16:19:48

7    were not forced bankruptcy.  All the other cases 16:19:50

8    was a diminution of value of the equity, or the  16:19:55

9    underpricing of equity, or the underpricing of   16:20:00

10   debt and equity.                                 16:20:03

11       Q.    Have you ever worked on a              16:20:07

12   consulting engagement in which in your opinion the 16:20:08

13   measure of damages was destruction of total      16:20:10

14   assets?                                          16:20:13

15       A.    It wasn't a total destruction of       16:20:14

16   the total assets.  It was a question of valuing  16:20:17

17   the entire firm which is total assets.  And there 16:20:20

18   of course I would add I was involved in the sale  16:20:25

19   of three private companies and the question when  16:20:27

20   you sell a private company is, what is being sold. 16:20:30

21   Are you selling total assets or are you selling   16:20:34

22   the equity.  In a situation like that if the sale 16:20:36

23   is total assets then you do what I did here.  If  16:20:40

24   on the other hand the sale is the sale of the     16:20:47

25   equity and you assume the liabilities, then you do 16:20:50

DR. THOMAS Z. LYS – 9/19/2014

Page 309

```
 1
 2              THE VIDEOGRAPHER:   This concludes the          17:58:08
 3      videotape deposition at 17:58.                          17:58:12
 4              (TIME NOTED:  5:58 P.M.)                         17:58:16
 5
 6                              _____
 7                              DR. THOMAS Z. LYS
 8
 9      Subscribed and sworn to before me
10      this 22nd day of October , 2014
11
12      _____
13
14              ┌─────────────────────────────┐
                │        OFFICIAL SEAL         │
15              │       KIRSTEN F DAVIS        │
                │  Notary Public - State of Illinois  │
16              │ My Commission Expires Jun 8, 2016 │
                └─────────────────────────────┘
17
18
19
20
21
22
23
24
25
```

DR. THOMAS Z. LYS - 9/19/2014

Page 310

```
1

2      STATE OF NEW YORK        )      Pg___ of___Pgs

3      ss:

4      COUNTY OF NEW YORK       )

5

6         I wish to make the following changes, for the

7      following reasons: Please see the attached errata sheet

8      PAGE LINE

9      ____ ____                CHANGE: _____

10                              REASON: _____

11     ____ ____                CHANGE: _____

12                              REASON: _____

13     ____ ____                CHANGE: _____

14                              REASON: _____

15     ____ ____                CHANGE: _____

16                              REASON: _____

17     ____ ____                CHANGE: _____

18                              REASON: _____

19     ____ ____                CHANGE: _____

20                              REASON: _____

21     ____ ____                CHANGE: _____

22                              REASON: _____

23     ____ ____                CHANGE: _____

24                              REASON: _____

25
```

Thomas Z. Lys – Vol. 1, Errata Sheet

Anderson News, L.L.C. et al. v. American Media Inc. et al., No. 09 Civ. 2227

Deposition Date:  September 19, 2014

| Page | Line | Change | Reason |
|------|------|--------|--------|
| Throughout | | Change "T&G" to "TNG" | Correction |
| Throughout | | Change "Croger" to "Kroger" | Correction |
| Throughout | | Change "Crogers" to "Kroger" | Correction |
| Throughout | | Change "X anti" to "ex ante" | Correction |
| Throughout | | Change "X post" to "ex post" | Correction |
| 9 | 13 | Change "won't" to "would not" | Clarification |
| 15 | 21 | Add "it" after "consulted" | Clarification |
| 19 | 24 | Change "accept" to "accepted" | Correction |
| 23 | 10 | Change "sterning" to "stern" | Correction |
| 25 | 15 | Add "as" before "such" | Clarification |
| 28 | 16 | Change "published" to "publish" | Correction |
| 35 | 18 | Change "litigation" to "legislation" | Correction |
| 36 | 22 | Change "resolved on" to "revolved around" | Clarification |
| 39 | 20 | Change "17 million" to "70 million" | Correction |
| 39 | 21 | Change "17 million" to "70 million" | Correction |
| 41 | 14 | Change "wept" to "went" | Correction |
| 44 | 6 | Change "of" to "as" | Correction |
| 45 | 4-5 | Change "producing – from selling" to "distributing" | Clarification |
| 45 | 6 | Change "import" to "distribution" | Correction of fact |
| 46 | 16 | Change "holy" to "Hulley" | Correction |

| Page | Line | Change | Reason |
|------|------|--------|--------|
| 47 | 15 | Change "has" to "have" and "sur" to "third" | Correction |
| 47 | 20 | Change "an evaluator" to "a valuator" | Correction |
| 49 | 5 | Change "sense" to "bunch" | Correction |
| 50 | 14 | Delete "the" | Clarification |
| 55 | 3 and 5 | Change "Illinoian" to "Illinoisan" | Correction |
| 55 | 4 | Delete "not" between "is" and "an" | Clarification |
| 55 | 24 | Change "ask" to "answer" | Correction |
| 55 | 25 | Add "be" after "Anderson" and add "for" after "sold" | Clarification |
| 60 | 3 | Change "an evaluator" to "a valuator" | Correction |
| 61 | 13 | Delete "this" | Clarification |
| 65 | 16 | Change "was" to "in" | Clarification |
| 67 | 15 | Change "to" to "or" | Correction |
| 68 | 25 | Change "unsustainable" to "unassailable" | Correction |
| 70 | 18 | Change "commutations" to "computations" | Correction |
| 77 | 6 | Change "parlez" to "parler" | Correction |
| 81 | 14 | Change "on" to "off the" and add "of my head" after "top" | Clarification |
| 86 | 6 | Change "economics" to "economic" | Correction |
| 88 | 23 | Delete "an" | Clarification |
| 89 | 17 | Add "it captures" after "So" | Clarification |
| 89 | 23 | Delete "is" and add "is" after "forward" | Correction |
| 89 | 25 | Change "inherent" to "inherit" | Correction |
| 90 | 2 | Change "inherent" to "inherit" | Correction |

| Page | Line | Change | Reason |
|---|---|---|---|
| 90 | 3 | Change "valid" to "valued" | Clarification |
| 90 | 3 | Add "in the" after "implied" | Clarification |
| 91 | 12 | Change "this" to "these" | Clarification |
| 91 | 12 | Change "incurred" to "anchored" | Correction |
| 91 | 16-17 | Add "were in the" between "that" and "historical" | Clarification |
| 91 | 23 | Change "today" to "to a" | Correction |
| 94 | 18 | Change "subdown" to "sit down" | Correction |
| 97 | 8 and 14 | Change "effects" to "affects" | Correction |
| 99 | 14 | Change "you're" to "your" | Correction |
| 107 | 5 | Change "Ginsberg" to "Grinberg" | Correction |
| 107 | 6 | Change "call" to "called" | Correction |
| 121 | 12 | Change "gave" to "gain" | Correction |
| 130 | 8-9 | Change "it do" to "he does" | Clarification |
| 130 | 15 | Change "actually twists" to "only twists one dial when in fact he should twist" | Clarification |
| 130 | 17 | Change "in" to "from" | Clarification |
| 132 | 15 | Change "goes" to "is" | Correction |
| 136 | 24 | Change "with" to "were" | Correction |
| 137 | 3 | Change "inflation" to "deflation" | Correction |
| 137 | 4 | Change "in" to "at" | Clarification |
| 137 | 5 | Add "to" after "lending" | Clarification |
| 140 | 5 | Change "contest" to "can test" | Correction |
| 144 | 9 | Delete "a" | Clarification |
| 155 | 13 | Add "fluctuations of" between "the" and "market" | Clarification |

| Page | Line | Change | Reason |
|------|------|--------|--------|
| 156 | 13 | Change "unsalable" to "unassailable" | Correction |
| 160 | 16 | Change "in" to "is" | Correction |
| 160 | 19 | Change "$30 million" to "$13 million" | Correction |
| 163 | 23 | Change "think" to "thinks" | Correction |
| 166 | 20 | Change "fact" to "facts" | Correction |
| 169 | 9 | Change "that" to "than" | Correction |
| 175 | 19 | Change "suspects" to "suspect" | Correction |
| 183 | 15 | Change "nonsequitur" to "non sequitur" | Correction |
| 183 | 16 | Add "how" between "see" and "one" | Clarification |
| 183 | 19 | Change "expect" to "expert" | Correction |
| 184 | 11 | Add "he" between "what" and "means" | Clarification |
| 186 | 16 | Change "concessions" to "concession" | Correction |
| 187 | 12 | Change "its" to "it's" | Correction |
| 190 | 23-24 | Delete "is from the negotiation" | Clarification |
| 190 | 25 | Change "the" to "their" | Correction |
| 191 | 2 | Change "anger" to "anchor" | Correction |
| 191 | 5 | Change "you would expect it to be accepted" to "they would expect to be accepted" | Clarification |
| 196 | 8 | Add "of" between "one" and "the" | Clarification |
| 198 | 10 | Change "elastic" to "inelastic" | Correction |
| 199 | 13 | Change "you" to "your" | Correction |
| 214 | 9 | Change "exchange" to "expansion" | Correction |
| 215 | 4 | Change "how this model" to "and why this number" | Clarification |

| Page | Line | Change | Reason |
|------|------|--------|--------|
| 215 | 5 | Change "compensation" to "contraction" | Correction |
| 218 | 3 | Add "combined" between "the" and "PL East" | Clarification |
| 219 | 4 | Change "a" to "its" | Correction |
| 219 | 6 | Change "contractible" to "tractable" | Correction |
| 225 | 4 | Change "the albeit" to "this" | Clarification |
| 225 | 5 | Change both "affect" to "effect" | Correction |
| 228 | 15 | Change "production" to "reduction" | Correction |
| 233 | 13 | Change "maybe it did, but" to "if it did" | Clarification |
| 234 | 22 | Change "you're" to "your" | Correction |
| 234 | 23 | Change "same" to "say" | Correction |
| 238 | 17 | Change "is" to "are" | Correction |
| 238 | 19 | Change "affect" to "effect" | Correction |
| 242 | 20 | Change "medium" to "median" | Correction |
| 243 | 11 | Delete "minus" | Clarification |
| 247 | 9 | Change "precision" to "precisely" | Correction |
| 250 | 7 | Change "bankruptcy" to "bankruptcies" | Correction |
| 251 | 14 | Change "incredible" to "relevant" | Correction |
| 253 | 20 | Change "liabilities interest bearing" to "interest bearing liabilities" | Clarification |
| 255 | 14 and 15 | Change "principal" to "principle" | Correction |
| 255 | 15 | Change "they are" to "their" | Correction |
| 264 | 21 | Change "gathered" to "answered in the report" | Clarification |
| 273 | 3 | Change "unwinded" to "unwind" | Clarification |
| 273 | 25 | Change "lost" to "loss" | Correction |

| Page | Line | Change | Reason |
|------|------|--------|--------|
| 274 | 5 | Change "any" to "suffer any damages" | Clarification |
| 274 | 23 | Change "allege" to "alleged" | Correction |
| 274 | 25 | Add "argument that" between "an" and "Anderson" | Clarification |
| 280 | 16 | Change "is" to "are" | Clarification |
| 280 | 17 | Change "liability" to "reliability" | Correction |
| 280 | 17 | Change "the" to "a" | Correction |
| 280 | 18 | Add "and would have" before "addressed" | Clarification |
| 291 | 18-19 | Change "unwilling or willing try" to "unwillingly or willingly trying" | Clarification |
| 297 | 14 | Change "compensate" to "concentrate" | Correction |
| 307 | 9 and 10 | Change "122" to "122.150" | Clarification |
| 307 | 10 | Change "125" to "125.428" | Clarification |
| 307 | 11 | Change "207" to "2007" | Correction |
| 307 | 12 | Change "125428" to "125.428" | Clarification |
| 307 | 12 | Change "208" to "2008" | Correction |
| 307 | 16 and 17 | Change "122709" to "122.709" | Clarification |
| 307 | 16 and 18 | Change "128653" to "128.653" | Clarification |
| 307 | 19 | Delete "that 42204" | Clarification |
| 308 | 5 and 6 | Change "pie" to "pi" | Correction |