UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDERSON NEWS, L.L.C. and LLOYD WHITAKER,
as the Assignee under an Assignment for the Benefit of
Creditors for Anderson Services, L.L.C.,

                              Plaintiffs,

        - against -

AMERICAN MEDIA, INC., BAUER PUBLISHING
CO., L.P., CURTIS CIRCULATION COMPANY,
DISTRIBUTION SERVICES, INC., HACHETTE
FILIPACCHI MEDIA U.S., INC., HEARST
COMMUNICATIONS, INC., HUDSON NEWS
DISTRIBUTORS LLC, KABLE DISTRIBUTION
SERVICES, INC., RODALE, INC., TIME INC., and
TIME/WARNER RETAIL SALES & MARKETING,
INC.,

                              Defendants.

---

AMERICAN MEDIA, INC., HEARST
COMMUNICATIONS, INC., and TIME INC.,

                              Counterclaim-Plaintiffs,

        - against -

ANDERSON NEWS, L.L.C. and CHARLES
ANDERSON, JR.,

                              Counterclaim-Defendants.

---

09 CIV. 2227 (PAC)
ECF CASE

**NOTICE OF MOTION**

**ORAL ARGUMENT
REQUESTED**

---

        PLEASE TAKE NOTICE that, upon the accompanying Declaration of Rachel M.

Fritzler, executed December 19, 2014, with exhibits thereto; the December 19, 2014

Memorandum of Law in Support of Defendants Time Inc., Time/Warner Retail Sales &

Marketing, Inc. and Hearst Communications Inc.'s Motion for Summary Judgment Against

Anderson News, L.L.C.; the Statement of Undisputed Material Facts submitted herewith; and

upon all prior pleadings and proceedings herein, defendants Time Inc., Time/Warner Retail Sales

& Marketing, Inc. and Hearst Communications, Inc. (as successor-in-interest to defendant

Hachette Filipacchi Media U.S., Inc.) hereby move this Court, Hon. Paul A. Crotty, District

Judge at the United States Courthouse, 500 Pearl Street, Courtroom 14C, New York, New York,

for an order pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, granting summary

judgment against Anderson News, L.L.C., as set forth more fully in the accompanying

Memorandum of Law, and granting such other and further relief as the Court deems just and

proper.

December 19, 2014

CRAVATH, SWAINE & MOORE LLP,

By

/s/ Rowan D. Wilson

Rowan D. Wilson
Thomas G. Rafferty
Antony L. Ryan

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7474
(212) 474-1000
rwilson@cravath.com
trafferty@cravath.com
aryan@cravath.com

*Counsel for Defendant and Counterclaim-Plaintiff Time Inc. and Defendant Time/Warner Retail Sales & Marketing, Inc.*

HEARST CORPORATION OFFICE OF
GENERAL COUNSEL,

By _____
　　　　Jonathan R. Donnellan
　　　　　Eva M. Saketkoo
　　　　Courtenay B. O'Connor
　　　　　Kristen L. Hauser

300 West 57th Street, 40th Floor
New York, NY 10019
(212) 841-7000
jdonnellan@hearst.com
esaketkoo@hearst.com
coconnor@hearst.com
khauser@hearst.com

*Counsel for Defendant and Counterclaim-
Plaintiff Hearst Communications, Inc. (as
successor-in-interest to Defendant Hachette
Filipacchi Media U.S., Inc.)*

TO:

Marc E. Kasowitz, Esq.
Daniel R. Benson, Esq.
Hector Torres, Esq.
Constantine Z. Pamphilis, Esq.
Seth B. Davis, Esq.
Christine A. Montenegro, Esq.
Seth A. Moskowitz, Esq.
Gavin D. Schryver, Esq.
Kevin A. Cyrulnik, Esq.

Kasowitz, Benson,Torres & Friedman LLP
1633 Broadway
New York, New York  10019

*Counsel for Plaintiff and Counterclaim-Defendant
Anderson News, L.L.C.*

3

Thomas P. Lynch, Esq.
Jennifer Chavez, Esq.
  Lynch Rowin LLP
      630 Third Avenue
          New York, New York 10017

*Counsel for Plaintiff Lloyd Whitaker, as the Assignee*
*Under an Assignment for the Benefit of Creditors for*
*Anderson Services, L.L.C.*


Michael K. Kellogg, Esq.
Steven F. Benz, Esq.
K. Chris Todd, Esq.

  Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC
      1615 M Street, N.W., Suite 400
          Washington, DC 2003

*Counsel for Counterclaim-Defendant Charles Anderson, Jr.*