# CRAVATH, SWAINE & MOORE LLP

JOHN W WHITE
EVAN R CHESLER
RICHARD LEVIN
KRIS F HEINZELMAN
B ROBBINS KIESSLING
ROGER D TURNER
PHILIP A GELSTON
RORY O MILLSON
RICHARD W CLARY
WILLIAM P ROGERS, JR
JAMES D COOPER
STEPHEN L GORDON
DANIEL L MOSLEY
ROBERT H BARON
KEVIN J GREHAN
C ALLEN PARKER
SUSAN WEBSTER
DAVID MERCADO
ROWAN D WILSON
CHRISTINE A VARNEY
PETER T BARBUR
SANDRA C GOLDSTEIN
THOMAS G RAFFERTY
MICHAEL S GOLDMAN
RICHARD HALL

JULIE A NORTH
ANDREW W NEEDHAM
STEPHEN L BURNS
KEITH R HUMMEL
DAVID J KAPPOS
DANIEL SLIFKIN
ROBERT I TOWNSEND, III
WILLIAM J WHELAN, III
SCOTT A BARSHAY
PHILIP J BOECKMAN
ROGER G BROOKS
WILLIAM V FOGG
FAIZA J SAEED
RICHARD J STARK
THOMAS E DUNN
MARK I GREENE
DAVID R MARRIOTT
MICHAEL A PASKIN
ANDREW J PITTS
MICHAEL T REYNOLDS
ANTONY L RYAN
GEORGE E ZOBITZ
GEORGE A STEPHANAKIS
DARIN P MCATEE
GARY A BORNSTEIN

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

———

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE +44-20 7453-1000
FACSIMILE +44 20 7860 1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1944

TIMOTHY G CAMERON
KARIN A DEMASI
LIZABETHANN R EISEN
DAVID S FINKELSTEIN
DAVID GREENWALD
RACHEL G SKAISTIS
PAUL H ZUMBRO
JOEL F HEROLD
ERIC W HILFERS
GEORGE F SCHOEN
ERIK R TAVZEL
CRAIG F ARCELLA
TEENA-ANN V SANKOORIKAL
ANDREW R THOMPSON
DAMIEN R ZOUBEK
LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ERIC L SCHIELE
ALYSSA K CAPLES
JENNIFER S CONWAY
MINH VAN NGO
KEVIN J ORSINI
MATTHEW MORREALE
JOHN D BURETTA
J WESLEY EARNHARDT

YONATAN EVEN
BENJAMIN GRUENSTEIN
JOSEPH D ZAVAGLIA
STEPHEN M KESSING
LAUREN A MOSKOWITZ
DAVID J PERKINS
JOHNNY G SKUMPIJA
J LEONARD TETI, II
D SCOTT BENNETT
TING S CHEN
CHRISTOPHER K FARGO
KENNETH C HALCOM
DAVID M STUART
JONATHAN L DAVIS
AARON M GRUBER
O KEITH HALLAM, III
OMID H NASAB

———
SPECIAL COUNSEL
SAMUEL C BUTLER
GEORGE J GILLESPIE, III
———
OF COUNSEL
MICHAEL L SCHLER

January 5, 2015

<u>Anderson News, L.L.C., et al. v. American Media, Inc., et al.,</u>
No. 09 Civ. 2227 (PAC) (S.D.N.Y.)

Dear Judge Crotty:

      I write to request the withdrawal of appearance of Andrew C. Bosse as an attorney for Defendants Time Inc. and Time/Warner Retail Sales & Marketing, Inc. in the above-referenced litigation. Mr. Bosse's last day as an associate of the law firm of Cravath, Swaine & Moore LLP was January 2, 2015. Mr. Bosse left the firm to begin serving as an Assistant United States Attorney in the Eastern District of Virginia. I respectfully ask that Your Honor please direct the Clerk to remove his name from the court docket and from any further electronic notification related to this litigation. The remaining counsel from Cravath, Swaine & Moore LLP who have appeared in this matter will continue to represent Time Inc. and Time/Warner Retail Sales & Marketing, Inc., and no hardship will be caused by Mr. Bosse's withdrawal.

Respectfully,

/s/ Daniel Margolskee

Daniel P. Margolskee

The Honorable Paul A. Crotty
   United States District Court
      Southern District of New York
         500 Pearl Street
            New York, NY 10007

VIA FEDEX AND ECF

Copies to: All counsel of record (via ECF)