# HEARST *corporation*

Jonathan R. Donnellan
*Vice President*
*Deputy General Counsel*

April 15, 2015

*Office of*
*General Counsel*

*Eve Burton*
**Senior Vice President**
**and General Counsel**

*Jonathan R Donnellan*
*Mark C Redman*
**Vice President**
**Deputy General Counsel**

*Kristina E Findikyan*
*Larry M Loeb*
*Kenan J Packman*
*Peter P Rahbar*
*Maureen Walsh Sheehan*
*Ravi V Sitwala*
*Jack Spizz*
*Debra S Weaver*
**Senior Counsel**

*Abraham S Cho*
*Marianne W Chow*
*Adam Colón*
*Travis P Davis*
*Carolene S Eaddy*
*Shari M Goldsmith*
*Carl G Guida*
*Audra B Hart*
*Diego Ibargüen*
*Charlotte Jackson*
*Siu Y Lin*
*Alexander N Macleod*
*Kevin J McCauley*
*Alexandra McGurk*
*Jonathan C Mintzer*
*Aimee Nisbet*
*Elliot J Rishty*
*Shira R Saiger*
*Eva M Saketkoo*
*Aryn Sobo*
*Jennifer G Tancredi*
*Stephen H Yuhan*
**Counsel**

*Catherine A Bostron*
**Corporate Secretary**

<u>**VIA ECF**</u>

The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:   ***Anderson News, LLC et al. v. American Media, Inc. et al.,***
        **Case No. 09 Civ. 2227 (PAC) – Request for Withdrawal of Appearance**
        **of Courtenay O'Connor**

Dear Judge Crotty:

     I write to request the withdrawal of appearance of Courtenay O'Connor as an attorney for Defendants Hachette Filipacchi Media, U.S. and Hearst Communications, Inc. in the above-referenced litigation.  Ms. O'Connor's last day as Counsel for The Hearst Corporation is April 15, 2015.  I respectfully ask that Your Honor please direct the Clerk to remove her name from the court docket and from any further electronic notification related to the litigation.  The remaining counsel from The Hearst Corporation who have appeared in this matter will continue to represent Hachette Filipacchi Media, U.S. and Hearst Communications, Inc., and no hardship will be caused by Ms. O'Connor's withdrawal.

     Respectfully submitted,

     /s/ Jonathan R. Donnellan
     Jonathan R. Donnellan

cc:   Counsel of Record (via ECF)

*300 West 57 Street*
*New York, NY 10019*
*T  212 649 2051*
*F  646 280 2051*
*Email:jdonnellan@hearst.com*