UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDERSON NEWS, L.L.C. and LLOYD WHITAKER,
as the Assignee under an Assignment for the Benefit of
Creditors for Anderson Services, L.L.C.,

                              Plaintiffs,

     v.

AMERICAN MEDIA, INC., BAUER PUBLISHING
CO., L.P., CURTIS CIRCULATION COMPANY,
DISTRIBUTION SERVICES, INC., HACHETTE
FILIPACCHI MEDIA U.S., INC., HEARST
COMMUNICATIONS, INC., HUDSON NEWS
DISTRIBUTORS LLC, KABLE DISTRIBUTION
SERVICES, INC., RODALE, INC., TIME INC., and
TIME/WARNER RETAIL SALES & MARKETING,
INC.,

                              Defendants.

No. 09 Civ. 2227 (PAC)

---

**REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF BAUER
PUBLISHING CO.'S MOTION FOR SUMMARY JUDGMENT**

# FILED UNDER SEAL

PURSUANT TO THE AMENDED STIPULATION AND CONFIDENTIALITY
ORDER DATED
JULY 17, 2013 – DKT #201