PILLSBURY WINTHROP SHAW PITTMAN LLP
David G. Keyko (david.keyko@pillsburylaw.com)
Eric Fishman (eric.fishman@pillsburylaw.com)
Jay D. Dealy (jay.dealy@pillsburylaw.com)
1540 Broadway
New York, NY 10036-4039
(212) 858-1000
*Attorneys for Defendants American Media, Inc.
and Distribution Services, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDERSON NEWS, L.L.C. and LLOYD WHITAKER, as the Assignee under an Assignment for the Benefit of Creditors for Anderson Services, L.L.C., <br><br> Plaintiffs, <br><br> - against - <br><br> AMERICAN MEDIA, INC., BAUER PUBLISHING CO., L.P., CURTIS CIRCULATION COMPANY, DISTRIBUTION SERVICES, INC., HACHETTE FILIPACCHI MEDIA U.S., INC., HEARST COMMUNICATIONS, INC., HUDSON NEWS DISTRIBUTORS LLC, KABLE DISTRIBUTION SERVICES, INC., RODALE, INC., TIME INC., and TIME/WARNER RETAIL SALES & MARKETING, INC., <br><br> Defendants. | No. 09 Civ. 2227 (PAC) <br><br> **DECLARATION OF JAY D. DEALY IN FURTHER SUPPORT OF DEFENDANTS' JOINT MOTION TO EXCLUDE CERTAIN TESTIMONY OF <u>DR. LESLIE M. MARX</u>** |
| AMERICAN MEDIA, INC., HEARST COMMUNICATIONS, INC., and TIME INC., <br><br> Counterclaim-Plaintiffs, <br><br> - against - <br><br> ANDERSON NEWS, L.L.C. and CHARLES ANDERSON, JR., <br><br> Counterclaim-Defendants. | |

1. I am a member in good standing of the Bar of the State of New York and an attorney at the law firm of Pillsbury Winthrop Shaw Pittman LLP, with its offices located at 1540 Broadway, New York, New York 10036. I am familiar with the subject matter of this action and have personal knowledge of the facts set forth herein. I submit this declaration on behalf of Defendants.

2. Attached as Exhibit 1 is a true and correct copy of a document produced by Defendants American Media Inc, and Distribution Services, Inc., Bates stamped AMIDSI00002779.

3. I declare under penalty of perjury that the foregoing is true and correct. Executed on April 17, 2015.

                                                     _____
                                                     Jay D. Dealy, Esq.