UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDERSON NEWS, L.L.C. and LLOYD WHITAKER,
as the Assignee under an Assignment for the Benefit of
Creditors for Anderson Services, L.L.C.,

        Plaintiffs,

   - against -

AMERICAN MEDIA, INC., BAUER PUBLISHING
CO., L.P., CURTIS CIRCULATION COMPANY,
DISTRIBUTION SERVICES, INC., HACHETTE
FILIPACCHI MEDIA U.S., INC., HEARST
COMMUNICATIONS, INC., HUDSON NEWS
DISTRIBUTORS LLC, KABLE DISTRIBUTION
SERVICES, INC., RODALE, INC., TIME INC., and
TIME/WARNER RETAIL SALES & MARKETING,
INC.,

        Defendants.

---

AMERICAN MEDIA, INC., HEARST
COMMUNICATIONS, INC., and TIME INC.,

        Counterclaim-Plaintiffs,

   - against -

ANDERSON NEWS, L.L.C. and CHARLES
ANDERSON, JR.,

        Counterclaim-Defendants.

---

09 Civ. 2227 (PAC)

Filed Under Seal

---

**COUNTERCLAIM-DEFENDANTS' RESPONSE TO COUNTERCLAIM-PLAINTIFFS'
STATEMENT OF ADDITIONAL FACTS PURSUANT TO LOCAL CIVIL RULE 56.1**

KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Tel.: (212) 506-1700

*Attorneys for Counterclaim-Defendant
Anderson News, L.L.C.*

KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL, PLLC
1615 M Street NW #400
Washington, DC 20036
Tel.: (202) 326-7900

*Attorneys for Counterclaim-Defendant
Charles Anderson, Jr.*

# DOCUMENT FILED UNDER SEAL

Dated: April 17, 2015
      New York, New York

Respectfully submitted,

KASOWITZ, BENSON, TORRES
    & FRIEDMAN LLP

By: _____

Marc E. Kasowitz (mkasowitz@kasowitz.com)
Hector Torres (htorres@kasowitz.com)
Seth Davis (sdavis@kasowitz.com)
Seth A. Moskowitz (smoskowitz@kasowitz.com)
Kevin A. Cyrulnik (kcyrulnik@kasowitz.com)

1633 Broadway
New York, NY 10019
Tel.: (212) 506-1700
Fax: (212) 506-1800

*Attorneys for Counterclaim-Defendant*
*Anderson News, LLC*


KELLOGG, HUBER, HANSEN, TODD, EVANS
    & FIGEL, PLLC

By: _____

Michael K. Kellogg (mkellogg@khhte.com)
Steven F. Benz (sbenz@khhte.com)

1615 M Street NW #400
Washington, DC 20036
Tel.: (202) 326-7900
Fax: (202) 326-7999

*Attorneys for Counterclaim-Defendant*
*Charles Anderson, Jr.*