UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDERSON NEWS, L.L.C. and LLOYD WHITAKER, as the Assignee under an Assignment for the Benefit of Creditors for Anderson Services, L.L.C.,

                Plaintiffs,

- against -

AMERICAN MEDIA, INC., BAUER PUBLISHING CO., L.P., CURTIS CIRCULATION COMPANY, DISTRIBUTION SERVICES, INC., HACHETTE FILIPACCHI MEDIA U.S., INC., HEARST COMMUNICATIONS, INC., HUDSON NEWS DISTRIBUTORS LLC, KABLE DISTRIBUTION SERVICES, INC., RODALE, INC., TIME INC., and TIME/WARNER RETAIL SALES & MARKETING, INC.,

                Defendants.

---

AMERICAN MEDIA, INC., HEARST COMMUNICATIONS, INC., and TIME INC.,

                Counterclaim-Plaintiffs,

- against -

ANDERSON NEWS, L.L.C. and CHARLES ANDERSON, JR.,

                Counterclaim-Defendants.

09 Civ. 2227 (PAC)

**NOTICE OF APPEAL**

---

Notice is hereby given that Anderson News, L.L.C. and Lloyd Whitaker, as the Assignee under an Assignment for the Benefit of Creditors for Anderson Services, L.L.C. (together, "Anderson"), plaintiffs in the above-named action, hereby appeal to the United States Court of Appeals for the Second Circuit from: (a) the Opinion and Order granting defendants' motions for summary judgment, entered in this action on August 20, 2015 (the "Summary Judgment Order"); (b) the Opinion and Order granting defendants' motion to exclude Professor Guhan

Subramanian's testimony and granting in part defendants' motion to exclude Dr. Leslie Marx's testimony, entered in this action on August 20, 2015 (the "Daubert Order"); and (c) the Corrected Judgment, entered in this action on August 25, 2015 (the "Judgment"). Copies of the Summary Judgment Order, Daubert Order and Judgment are attached hereto as Exhibits A, B and C, respectively.

Dated: August 25, 2015
       New York, New York

Respectfully submitted,

KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP

By: _/s/ Hector Torres_____
    Marc E. Kasowitz (mkasowitz@kasowitz.com)
    Hector Torres (htorres@kasowitz.com)
    Seth Davis (sdavis@kasowitz.com)
    Constantine Z. Pamphilis (dpamphilis@kasowitz.com)

1633 Broadway
New York, NY 10019
Tel.: (212) 506-1700
Fax: (212) 506-1800

- AND -

KELLOGG, HUBER, HANSEN, TODD, EVANS
& FIGEL, PLLC

By: _/s/ Michael Kellogg_____
    Michael K. Kellogg (mkellogg@khhte.com)
    Steven F. Benz (sbenz@khhte.com)

1615 M Street NW #400
Washington, DC 20036
Tel.: (202) 326-7900
Fax: (202) 326-7999

*Attorneys for Plaintiff Anderson News, L.L.C.*

LYNCH ROWIN LLP

By: _____
Thomas P. Lynch (tlynch@lynchrowin.com)
Jennifer T. Chavez (jchavez@lynchrowin.com)

30 Vesey Street
New York, NY 10007
Tel.: (212) 682-4001
Fax: (646) 688-3646

*Attorneys for Plaintiff Lloyd Whitaker, as the Assignee under an Assignment for the Benefit of Creditors for Anderson Services, L.L.C.*

**TO:**

George G. Gordon (george.gordon@dechert.com)
Jennings F. Durand (jennings.durand@dechert.com)
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
Tel.: (215) 994-2000
Fax: (215) 994-2222

*Attorneys for Defendant Curtis Circulation Company*


I. Michael Bayda (ibayda@mdmc-law.com)
Jay A. Katz (jkatz@mdmc-law.com)
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
88 Pine Street, 24th Floor
New York, NY 10005
Tel.: (212) 483-9490
Fax: (212) 483-9129

*Attorneys for Defendant Kable Distribution Services, Inc.*

Barry J. Brett (Barry.Brett@troutmansanders.com)
Daniel N. Anziska (Daniel.Anziska@troutmansanders.com)
Kevin P. Wallace (Kevin.Wallace@troutmansanders.com)
TROUTMAN SANDERS LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Tel.: (212) 704-6000
Fax: (212) 704-6288

*Attorneys for Defendant Bauer Publishing Co., LP*


David G. Keyko (david.keyko@pillsburylaw.com)
Eric Fishman (eric.fishman@pillsburylaw.com)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, NY  10036
Tel.: (212) 858-1000
Fax: (212) 858-1500

*Attorneys for Defendants American Media, Inc. and Distribution Services, Inc.*

Jonathan R. Donnellan (jdonnellan@hearst.com)
Eva Saketkoo (esaketkoo@hearst.com)
Courtenay B. O'Connor (coconnor@hearst.com)
Kristen L. Hauser (khauser@hearst.com)
Hearst Corporation
Office of General Counsel
300 West 57th Street, 40th Floor
New York NY 10019-3792
Tel:  (212) 649-2046
Fax:  (646) 280-2046

*Attorneys for Defendant Hearst Communications, Inc.*


John M. Hadlock (jhadlock@rosenbergestis.com)
Alexander Lycoyannis (alycoyannis@rosenbergestis.com)
ROSENBERG & ESTIS, P.C.
733 Third Ave.
New York, NY  10017
Tel.: (212) 867-6000
Fax: (212) 551-8484

*Attorneys for Defendant Rodale, Inc.*

4

Rowan D. Wilson (rwilson@cravath.com)
Thomas G. Rafferty (trafferty@cravath.com)
Antony L. Ryan (aryan@cravath.com)
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1000
Fax: (212) 474-3700

*Attorneys for Defendants Time Inc. and Time / Warner Retail Sales & Marketing, Inc.*